IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

RECEIVED
2005 JUN 29 A 9:00
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

FRED L. CALDWELL, Pro Se )
_____ )
_____ )
              Plaintiff(s),     )      CIVIL ACTION NO. 2:05cv611-F
                                )
            v.                  )
VETERANS ADMINISTRATION HOSPITAL )
Dr. WILLIAM L. HOLMAN           )
JANSSEN PHARMACEUTICAL COMPANY  )
              Defendant(s).     )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: P.O. Box 9288 MONTGOMERY, ALABAMA 36108   (334)658-8859

2. Name and address of defendant(s): DEPARTMENT of VETERANS AFFAIRS MEDICAL CENTER  700 South 19/th. Street  BIRMINGHAM, ALABAMA 35233  Dr. WILLIAM L. HOLMAN  .A.MEDICAL CENTER  700 South 19/th St. BIRMINGHAM, ALABAMA 35233 ..... JANSSEN PHARMACEUTICAL COMPANY

3. Place of alleged violation of civil rights: V.A. HOSPITAL BIRMINGHAM, ALABAMA

4. Date of alleged violation of civil rights: 30th DAY OF JUNE 2003

5. State the facts on which you base your allegation that your constitutional rights have been violated: FRED L. CALDWELL DIEDED IN THE V.A. HOSPITAL OF AN ILLNESS THAT SHOULD HAVE BEEN DETECTED LONG BEFORE IT CAUSED HIS DEATH.. I AM CHARGING THE ABOVE NAMED DEFENDANTS WITH DISCRIMINATION, MEDICAL MAL-PRACTICE, WRONG-FULL DEATH AND STRESS THAT WAS FORCED ON THE FAMILY MEMBERS... PLAINTIFF DEMANDS A TRIAL BY JURY.

1

6. Relief requested: PLAINTIFF IS SEAKING RELIEF FOR DAMANGES IN THE AMOUNT OF TWO HUNDRED FIFTY MILLION (250,000,000.00) DOLLARS

Date: 30 June 2005

CHARLIE CALDWELL
Plaintiff(s) Signature

Charlie Caldwell
P.O. Box 9288
Montgomery, AL.
36108
Pho # 334-657-8859

2