IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLIE CALDWELL, Pro Se

PLAINTIFF

                                        CASE NUMBER

VS.                                   2:05-CV-611-F

VETERANS ADMINISTRATION HOSPITAL

DR. WILLAM L. HOLMAN

JASSEN PHARACEUTICAL COMPANY

DEFENDANTS

<u>MOTION FOR MEDICAL RECORDS</u>

PLAINTIFF MOVES THE COURT, PRUSUANT TO RULE 26(a),(b-1) OF THE FEDERAL RULES OF CIVIL PROCEDURE.... IN GENERAL,,,, PARTIES MAY OBTAIN DISCOVERY REGARDING ANY MATTER. NOT PRIVILEGED WHICH IS RELEVANT TO THE SUBJECT MATTER INVOLVED IN THE PENDING ACTION, WHETHER IT RELATES TO THE CLAIM OF DEFENSE OF THE PARTY SEEKING DISCOVERY OR TO THE CLAIM OR DEFENSE OF ANY OTHER PARTY, INCLUDING THE EXISTENCE, DESCRIPTION, NATURE,CUSTODY,CONDITION AND LOCATION OF ANY BOOKS, DOCUMENT OR OTHER TANGIBLE THINGS AND THE IDENTITY AND LOCATION OF PERSONS HAVING KNOWLEDGE OF ANY DISCOVERABLE MATTER....

PLAINTIFF DEMANDS THAT THE VETERANS ADMINISTRATION HOSPITAL RELIEF ALL MEDICAL RECORDS OF FRED L. CALDWELL (416 70 4958) AND AND A LEDGEABLE COPY OF THE AUTOPSY....

Respectfully Sumitted

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala.
36108

Pho. (334) 657-8859

RECEIVED
2005 JUL 12 A 8:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATE OF SERVICE

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 Pennsyvania Ave
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 South 19th,
Birmingham, Ala. 35233

DR. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th St.
Birmingham, Ala. 35233

SECRETARY OF VETERANS
AFFAIRS
HON. R. JAMES NICHOLSON
810 Vermont Ave N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
One Court Square
P.O. Box 197
Montgomery, Ala. 36101

JASSEN PHARACEUTICAL COMPANY
1125 Trinton Harbor Rd.
Titusville, New Jersey 08560

I hereby certify thay I have on this day, _11 July 05_ SERVED A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL, PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID.

Pho. (334)657-8859

Respectfully Sumitted

CHARLIE CALDWELL

P.O. Box 9288

Montgomery, Ala. 36108