THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

This is a true and exact copy of the record on file with
The Jefferson County Department of Health

_Signature of Local or Deputy Registrar_ — July 15, 2003 — Date of Issue

# ALABAMA
## CERTIFICATE OF DEATH

TYPE IN PERMANENT BLACK INK. DO NOT USE GREEN, RED, OR BLUE INK.

County File Number: AKA Fred Caldwell
State File Number: 101

1. DECEASED NAME: First: Freddie  Middle: Lee  Last: CALDWELL
2. DATE OF DEATH: June 30, 2003
3. COUNTY OF DEATH: Jefferson
4. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE: Birmingham 35212
5. INSIDE CITY LIMITS: Yes
6. PLACE OF DEATH: Veterans Hospital
7. IF HOSPITAL: Inpatient
8. OF HISPANIC ORIGIN: No
9. RACE: Black
10. SEX: Male
11. AGE: 53 yrs
13. DATE OF BIRTH: January 9, 1950
14. DECEASED'S SOCIAL SECURITY NUMBER: 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
15. EDUCATION: Elementary/High School: 12
16. MARITAL STATUS: Never Married
18. Was Decedent ever in Armed Forces: Yes
19. STATE OF BIRTH: Alabama
20. RESIDENCE-STATE: Alabama
21. COUNTY: Montgomery
22. CITY, TOWN, OR LOCATION AND ZIP CODE: Montgomery 36105
23. INSIDE CITY LIMITS: Yes
24. STREET AND NUMBER: 212 W. South Blvd
25. INFORMANT - Name and Address: Gaye Caldwell-Kent, 5402 40th St. Indianapolis, IN 46226
26. USUAL OCCUPATION: Self-Employed
27. KIND OF BUSINESS OR INDUSTRY: Transportation
28. FATHER - NAME: Henry Caldwell
29. MAIDEN NAME OF MOTHER: First: S. Middle: E. Last: Peagler
30. DISPOSITION OF BODY: Burial
31. DATE OF DISPOSITION: July 8, 2003
32. CEMETERY OR CREMATORY: Fort Mitchell
33. LOCATION: Fort Mitchell, AL
34. FUNERAL HOME: Hudson Funeral Home, 620 W. Commerce St. Greenville, AL
35. FUNERAL DIRECTOR - Signature: Earlene Milner
36. DATE SIGNED BY FUNERAL DIRECTOR: July 7, 2003
37. Certifying Physician (signature) MD
38. DATE SIGNED: June 30, 2003
39. TIME AND DATE OF DEATH: 1148 June 30, 2003
41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH: (signature) MD
42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: VAMC 700 S. 19th St, Birmingham AL
43. CERTIFIER LICENSE NUMBER: Intern
44. REGISTRAR - Signature: (signature)
45. DATE FILED: July 14, 2003

## MEDICAL CERTIFICATION

46. PART I.
 a. IMMEDIATE CAUSE: Cardiac Arrhythmia
 b. DUE TO: Multisystem organ failure
 c. DUE TO: Dead Colon
 d. DUE TO: CABG/AVR/MVR

47. PART II. Other significant conditions contributing to death:

49. MANNER OF DEATH: Natural Cause
50. AUTOPSY: Yes
51. If yes, were findings considered in determining cause of death:

IN THE MATTER OF THE ESTATE OF PROBATE COURT
__Fred L. Caldwell__

Deceased

OF BUTLER COUNTY,
GREENVILLE, ALABAMA

CASE NO. 03-3312

## LETTERS OF ADMINISTRATION

BE IT REMEMBERED AND MADE KNOWN TO ALL WHOM IT MAY CONCERN:

Letters of Administration on the above-named decease are hereby granted to __Charlie Caldwell__ who has duly qualified and given bond in the amount of $ __30,000__ and is authorized to administer such Estate Subject to the priorities stated in §43-8-76, Code of Alabama (1975, as amended), the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

Witness my hand this date, __14th day of August 2003__

_____
Judge of Probate

I, __Steve Norman__ _____, Judge of the Court of Probate of Butler County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the Letters of Administration issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

Witness my hand and seal of said Court this date, __14th day of August 2003__

_____
Judge of Probate

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CITIFICATION REGUARDING COURIER 13

AND ELECTRONIC NOTIFICATION

I CHARLIE CALDWELL HEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,, OR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SEENDING, RECIVING, OR NOTICING...

RESPECTFULLY SUMITTED

CHARLIE CALDWELL