IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:05-CV-0611-F |
| | ) |
| VETERANS ADMINISTRATION | ) |
| HOSPITAL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In this *pro se* action filed June 29, 2005, the Plaintiff filed on July 12, 2005) his *Motion for Medical Records* (Doc. 4-1). Because this discovery motion is premature, it is **DENIED.**

Plaintiff is instructed to Rule 26(d), Federal Rules of Civil Procedure, for guidance on the "timing of sequence of discovery" and to all other provisions of Rule 26.

DONE this 18th day of July, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE