Caldwell

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Paulo E Tavares_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): PAULO TAVARES   C. Date of Delivery: JUL 14 2005<br>D. Is delivery address different from item 1?  ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Janssen Pharmaceutical Company<br>1125 Triton Harbor Rd.<br>Titusville N.J. 08560<br><br>2:05Cv611 (cmp. sm.) 2005p | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0001 0091 6946 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |