Caldwell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon James R. Nicholson
Secretary of Veterans
Affairs
810 Vermont Av. N.W.
Washington, D.C.
2:05cv611 (cmp smo) 20420
          today

2. Article Number
(Transfer from service label)    7004 2510 0003 4891 2615

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  RECEIVED    ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   JUL 19 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF THE SECRETARY

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes