IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLIE CALDWELL Pro Se

PLAINTIFF

vs

VETERNS ADMINISTRATION HOSPITAL                             CASE NUMBER

DR. WILLIAM L. HOLMAN                                       2:05-CV--611-F

JASSEN PHARACEUTICAL COMPANY

DEFENDANTS

### MOTION FOR MEDICAL STUDY OF RABEPRAZOLE

PLAINTIFF MOVES THE COURT, PRUSUANT TO RULE 26(A),(B-1) OF THE FEDERAL RULES OF CIVIL PROCEDURE... IN GENERAL,,,PARTIES MAY OBTAIN DISCOVERY REGARDING ANY MATTER. NOT PRIVILEGED, WHICH IS RELEVANT TO THE SUBJECT MATTER INVOLVED IN THE PENDING ACTION, WHETHER IT RELATES TO THE CLAIM OR DEFENSE OF THE PARTY SEEKING DISCOVERY OR TO THE CLAIM OR ANY OTHER PARTY, INCLUDING THE EXISTENCE, DESCRIPTION, NATURE, CUSTODY, CONDITION AND LOCATION OF ANY BOOKS, DOCUMENTS, OR OTHER TANGIBLE THINGS AND THE IDENTITY AND LOCATION OF PERSONS HAVING KNOWLEDGE OF ANY DISCOVERABLE MATTER..

PLAINTIFF DEMANDS ALL STUDY AND TEST INFORMATION pertaining TO THE DRUG RABEPRAZOLE,, FROM ORIGIN TO PRESENT...

RESPECTFULLY SUMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala.
36108

Pho. (334) 657-8859

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

## CERTIFICATE OF SERVICE

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 Pennsyvania Ave
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 South 19th,
Birmingham, Ala. 35233

DR. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th St.
Birmingham, Ala. 35233

SECRETARY OF VETERANS
AFFAIRS
HON. R. JAMES NICHOLSON
810 Vermont Ave N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
One Court Square
P.O. Box 197
Montgomery, Ala. 36101

JASSEN PHARACEUTICAL COMPANY
1125 Trinton Harbor Rd.
Titusville, New Jersey 08560

I hereby certify thay I have on this day, 19 July 07 SERVED A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL, PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID.

Pho. (334) 657-8859

Respectfully Sumitted

CHARLIE CALDWELL

P.O. Box 9288

Montgomery, Ala. 36108

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CITIFICATION REGUARDING COURIER 13

AND ELECTRONIC NOTIFICATION

I CHARLIE CALDWELL HEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,, OR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SEENDING, RECIVING, OR NOTICING...

RESPECTFULLY SUMITTED

CHARLIE CALDWELL