Caldwell

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brittney Shockley_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Brittney Shockley   C. Date of Delivery: 7-18-05 |
| 1. Article Addressed to:<br>US Attorney<br>One Court Square<br>P.O. Box 197.<br>Montgomery, AL<br>2:05CV611 (cmp,sm 36/0/ 60 days) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540