IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE CALDWELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   2:05-CV-0611-F |
| VETERANS ADMINISTRATION HOSPITAL, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER ON MOTION

In this *pro se* action filed June 29, 2005, the Plaintiff filed on July 19, 2005, his *Motion for Medical Study of Rabeprazole* (Doc. 10). Because this discovery motion is premature, it is **DENIED.**

Plaintiff is directed to Rule 26(d), Federal Rules of Civil Procedure, for guidance on the "timing of sequence of discovery" and to all other provisions of Rule 26.

DONE this 21st day of July, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE