IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE L. CALDWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. 2:05-CV-0611-F-B |
| | * | |
| VETERANS ADMINISTRATION | * | |
| HOSPITAL, DR. WILLIAM L. | * | |
| HOLMAN, JANSSEN | * | |
| PHARMACEUTICAL COMPANY, | * | |
| | * | |
| Defendants. | * | |

**MOTION TO DISMISS AND/OR MOTION FOR**
**MORE DEFINITIVE STATEMENT**

Defendant Janssen Pharmaceutica Inc. (erroneously identified in the Complaint as "Janssen Pharmaceutical Company")(hereinafter "Janssen") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss all claims against it in the Complaint of Plaintiff Charlie L. Caldwell (hereinafter "Plaintiff") because the Complaint fails to state a claim against Janssen upon which relief can be granted.  In the alternative, Janssen respectfully moves the Court to enter an order requiring a more definite statement of Plaintiff's claims, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, based upon the ground that the Complaint is so vague or ambiguous with respect to the allegations against Janssen that it cannot reasonably be required to frame a responsive pleading.  Janssen files contemporaneously herewith a supporting brief.

WHEREFORE, Janssen moves to dismiss the Complaint with prejudice. In the alternative, Janssen moves the Court to order Plaintiff to file a more definite statement of its claims, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

Respectfully submitted this 3rd day of August, 2005.

/s/ Russell C. Buffkin
FREDERICK G. HELMSING (HEL008)
RUSSELL C. BUFFKIN (BUF008)
Attorneys for Defendant, Janssen
Pharmaceutica Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2005, a true and correct copy of the foregoing was served by United States **Certified Mail**, postage prepaid, properly addressed to:

Charlie Caldwell
Post Office Box 9288
Montgomery, Alabama 36108

U.S. Attorney General
Honorable Alberto Gonzales
950 Pennsylvania Avenue
Northwest
Washington, D.C. 20530

Department of Veterans Affairs
700 South 19th
Birmingham, Alabama 35233

Dr. William L. Holman
V.A. Medical Center
700 South 19th Street
Birmingham, Alabama 35233

Secretary of Veterans Affairs
Honorable R. James Nicholson
810 Vermont Avenue N.W.
Washington, D.C. 20420

U.S. Attorney
Leura Canary
One Court Square
Montgomery, Alabama 36101

/s/ Russell C. Buffkin
OF COUNSEL