IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE CALDWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. 2:05-CV-0611-F-B |
| | * | |
| VETERANS ADMINISTRATION | * | |
| HOSPITAL, DR. WILLIAM L. | * | |
| HOLMAN, JANSSEN | * | |
| PHARMACEUTICAL COMPANY, | * | |
| | * | |
| Defendants. | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Janssen Pharmaceutica Inc. (erroneously identified in the Complaint as "Janssen Pharmaceutical Company"), through counsel, discloses the following information: at least 10% of Janssen Pharmaceutica Inc.'s stock is owned, through various arrangements, by Johnson & Johnson, a publicly traded company.

/s/ Russell C. Buffkin
FREDERICK G. HELMSING (HEL008)
RUSSELL C. BUFFKIN (BUF008)
Attorneys for Defendant, Janssen
Pharmaceutica Inc.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of August, 2005, a true and correct copy of the foregoing was served by United States **Certified Mail**, postage prepaid, properly addressed to:

Charlie Caldwell
Post Office Box 9288
Montgomery, Alabama  36108

U.S. Attorney General
Honorable Alberto Gonzales
950 Pennsylvania Avenue
Northwest
Washington, D.C. 20530

Department of Veterans Affairs
700 South 19th
Birmingham, Alabama  35233

Dr. William L. Holman
V.A. Medical Center
700 South 19th Street
Birmingham, Alabama  35233

Secretary of Veterans Affairs
Honorable R. James Nicholson
810 Vermont Avenue N.W.
Washington, D.C. 20420

U.S. Attorney
Leura Canary
One Court Square
Montgomery, Alabama  36101

                                        **/s/ Russell C. Buffkin**
                                        OF COUNSEL