IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| CHARLIE CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-0611-F |
| | ) | |
| VETERANS ADMINISTRATION | ) | |
| HOSPITAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to Defendant Janssen Pharmaceutical Company's  *Motion to Dismiss and/or Motion for More Definitive Statement* (Doc. 14, filed August 3, 2005), it is

**ORDERED** that Plaintiff is **DIRECTED** to respond not later than September 6, 2005, to show any cause why this *Motion* should not be granted; thereafter, the *Motion* should be submitted for determination, without oral argument.

DONE this 18th  day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE