IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE L. CALDWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. 2:05-CV-0611-F-B |
| | * | |
| VETERANS ADMINISTRATION HOSPITAL, DR. WILLIAM L. HOLMAN, JANSSEN PHARMACEUTICAL COMPANY, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW Joseph P. H. Babington and gives notice of his appearance as additional counsel for Defendant Janssen Pharmaceutica Inc. (erroneously identified in the Complaint as "Janssen Pharmaceutical Company") in the referenced case. All pleadings, motions, orders and other papers in the case should be served on him at the addresses listed below.

Dated this 22nd day of August, 2005.

s/ JOSEPH P. H. BABINGTON
FREDERICK G. HELMSING (HELMF6416)
JOSEPH P. H. BABINGTON (BABIJ7938)
RUSSELL C. BUFFKIN (BUFFR6510)
Attorneys for Defendant, Janssen
Pharmaceutica Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2005, a true and correct copy of the foregoing was served by United States Mail, postage prepaid, properly addressed to:

Charlie Caldwell

Post Office Box 9288
Montgomery, Alabama  36108

U.S. Attorney General
Honorable Alberto Gonzales
950 Pennsylvania Avenue
Northwest
Washington, D.C. 20530

Department of Veterans Affairs
700 South 19th
Birmingham, Alabama  35233

Dr. William L. Holman
V.A. Medical Center
700 South 19th Street
Birmingham, Alabama  35233

Secretary of Veterans Affairs
Honorable R. James Nicholson
810 Vermont Avenue N.W.
Washington, D.C. 20420

U.S. Attorney
Leura Canary
One Court Square
Montgomery, Alabama  36101

                                          s/ JOSEPH P. H. BABINGTON
                                          OF COUNSEL