**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CHARLIE L. CALDWELL, | * |
| Plaintiff, | * |
| vs. | *   CIVIL NO. 2:05-CV-0611-F-B |
| VETERANS ADMINISTRATION HOSPITAL, DR. WILLIAM L. HOLMAN, JANSSEN PHARMACEUTICAL COMPANY, | * |
| Defendants. | * |

**JANSSEN PHARMACEUTICA, INC.'S
AMENDMENT TO ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Janssen Pharmaceutica, Inc. (erroneously identified in the Complaint as "Janssen Pharmaceutical Company") (hereinafter "Janssen"), by and through counsel, hereby amends the Answer to Plaintiff's Complaint previously filed with the Court. Janssen amends the answer by stating that the paragraph captioned "A. Venue" should state:

**A.  VENUE**

Janssen denies that the United States District Court for the Middle District of Alabama, Northern Division is the proper venue for the claims asserted by Plaintiff.

The remainder of Janssen's Answer remains the same and is incorporated by reference as fully stated herein.

Respectfully submitted this 22nd day of August, 2005.

**/s/ Russell C. Buffkin**
FREDERICK G. HELMSING (HEL008)
RUSSELL C. BUFFKIN (BUF008)
Attorneys for Defendant, Janssen
Pharmaceutica Inc.

SF1\361795\1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of August, 2005, a true and correct copy of the foregoing was served by United States Mail, postage prepaid, properly addressed to:

Charlie Caldwell
Post Office Box 9288
Montgomery, Alabama  36108

U.S. Attorney General
Honorable Alberto Gonzales
950 Pennsylvania Avenue Northwest
Washington, D.C. 20530

Department of Veterans Affairs
700 South 19th
Birmingham, Alabama  35233

Dr. William L. Holman
V.A. Medical Center
700 South 19th Street
Birmingham, Alabama  35233

Secretary of Veterans Affairs
Honorable R. James Nicholson
810 Vermont Avenue N.W.
Washington, D.C. 20420

U.S. Attorney
Leura Canary
One Court Square
Montgomery, Alabama  36101

                **/s/ Russell C. Buffkin**
                OF COUNSEL