IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 AUG 22

CHARLIE CALDWELL, Pro Se
    Plaintiff

VS

VETERANS ADMINISTRATION HOSPITAL

DR, WILLIAM L. HOLMAN

JASSEN PHARACEUTICAL COMPANY
    Defendants

CASE NUMBER

2:05-CV-611-F

MOTION FOR AN EXTENSION OF TIME

I CHARLIE CALDWELL Pro se,,,.. RESPECTFULLY REQUESTS AN EXTENSION OF TIME TO RESPON TO THE ATTORNEYS FOR THE DEFENDANT,,(JANSSEN PHARMACEUTICA INC.).....

(1). THE DISCOVERY S HAS NOT BEEN ANSAWERED..

(2) JOINDER'S IS POSSIBLE..

(3). PLAINTIFF WILL FILE MOTION,PLEADING TO DISMISS DEFENDANTS MOTION TO DISMISS AND OTHER PROPER RESPONSIVES...

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. BOX 9288
MONTGOMERT, ALABAMA
        36108
(334)657-8859

SCANNED
WF 8/22/05

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION OF SCRVICE

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 p ennsyvania Ave.
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 SOUTH 19th.Srreet
Birmingham, Ala. 35233

Dr. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th Street
Birmingham, Ala. 35233

RUSSELL C. BUFFKIN
ATTORNEY AT LAW
P.O.Box 2767
Mobile, Ala. 36652

SECRETARY OF VETERANS
AFFAIRS
HON. JAMES NICHOLSON
810 Vermont Ave. N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
ONE COURT SQUARE
P.O. Box 197
Montgomery, Ala. 36101

JANSSEN PHARACEUTICAL INC.
1125 Triton Harbor Road
Titusville, N.J. 08560

I HEREBY CERTIFY THAT I HAVE ON THIS DAY 22 Aug, 05 I SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID....

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION REGUARDING NEW COURIER 13 AND ELECTRONIC NOTIFICATION

I CHARLIE CALDWELL HEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,,NOR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SENDING, RECIVING.....

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL