IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

CHARLIE CALDWELL,                           )
                                            )
      Plaintiff,                        )
                                            )
vs.                                         )      2:05-CV-0611-F
                                            )
VETERANS ADMINISTRATION                     )
HOSPITAL, *et al.*,                         )
                                            )
      Defendants.                       )


## ORDER ON MOTION


Upon consideration of the *Plaintiff's Motion for an Extension of Time* (Doc. 21, filed August 22, 2005), it is **ORDERED** that the *Motion* is *GRANTED to the extent that* Plaintiff's deadline for responding to *Defendant Janssen Pharmaceutica Inc.'s Motion to Dismiss and/or Motion for More Definite Statement* is extended from September 6 to September 20, 2005. In response to this *pro se* plaintiff's stated reasons for an extension of time, however, the court deems it necessary to advise that the pending motion will be decided prior to discovery; thus, Plaintiff's response should *either* show how the Complaint states a valid, legal claim for which relief can be granted, *OR,* clarify vague and ambiguous allegations against Defendant Janssen with an amended complaint setting forth a more definite statement of plaintiff's claims.

DONE this 24th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE