IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

CHARLIE CALDWELL, Pro Se

    PALINTIFF

2005 SEP -6  P  2: 15

VETERANS ADMINISTRATION HOSPITAL            CASE NUMBER

DR. WILLIAM L. HOLMAN                        2:05-CV-0611-F-B

JANSSEN PHARMACEUTICA INC.

    DEFENDANTS


MOTION TO SQUASH

DEFENDANT MOTION TO DISMISS


PLAINTIFF MOVES THE COURT TO SQUASH,,DEFENDANT MOTION TO DIS-MISS... PRUSUANT TO RULE 59(G) OF THE STATE AND FEDERAL RULES OF CIVIL PROCEDURE

ALL SUCH MOTIONS REMAINS PENDING UNTIL RULED UPON BY THE COURT,,,, BUT SHALL NOT BE RULED UPON UNTIL THE PARTIES HAVE HAD OPPORTUNITY TO BE HEARD THERE ON......

RULE 38(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE........ RIGHT PRESERVED.. THE RIGHT OF TRIAL BY JURY AS DECLARED BY  THE SEVENTH AMENDMENT TO THE CONSTITUTION OR AS GIVEN BY A STATUTE OF THE UNITED STATES SHALL BE PRESERVED TO THE PARTIES INVIOLATE....

Respectfully Sumitted

CHARLIE CALDWELL
P.O.Box 9288
Montgomery,  Ala.
        36108

Pho. 334-657-8859