IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION REGUARDING NEW COURIER

13 AND ELECTRONIC NOTIFICATION

CA 2:05CV611-F

I CHARLIE CALDWELL HEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,,NOR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SENDING, RECIVING.....

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL

SCANNED

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

## CERTIFICATION OF SCRVICE

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 p ennsyvania Ave.
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 SOUTH 19th.Srreet
Birmingham, Ala. 35233

Dr. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th Street
Birmingham, Ala. 35233

RUSSELL C. BUFFKIN
ATTORNEY AT LAW
P.O.Box 2767
Mobile, Ala. 36652

SECRETARY OF VETERANS
AFFAIRS
HON. JAMES NICHOLSON
810 Vermont Ave. N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
ONE COURT SQUARE
P.O. Box 197
Montgomery, Ala. 36101

JANSSEN PHARACEUTICAL INC.
1125 Triton Harbor Road
Titusville, N.J. 08560

I HEREBY CERTIFY THAT I HAVE ON THIS DAY 7 Sept, 05 I SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID....

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859