IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLIE CALDWELL Pro Se

    PLAINTIFF

VETERANS ADMINISTRATION HOSPITAL

DR. WILLIAM L. HOLMAN

JANSSEN PHARMACEUTICA INC.

    DEFENDANTS

CASE NUMBER

2:05-CV-0611-F-B

## MOTION FOR DEFINITIVE STATEMENT AS REQUESTED

TRADITIONARY EVIDENCE:... STATEMENT OF FACT BASED UPON TRAD-ITATION, LONG STANDING REPUTATION AND STATEMENTS MADE BY A DECEASED PERSON WHICH ARE ADMISSIABLE TO PROVE PEDIGREE ACCIDENT BOUNDARIES WHEN NO LIVING WITNESSES ARE AVAILABLE TO TESTIFY ABOUT SUCH MATTERS.....

(A) THE AUTOPSY REPORT

(B) DRUG DIGEST FOR STOMACK

Respectfully Sumitted

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala.
36108

(334) 657-8859