# DEPARTMENT OF VETERANS AFFAIRS

BIRMINGHAM VA MEDICAL CENTER
700 SOUTH 19TH STREET
Mail Stop: 136D
BIRMINGHAM, AL  35233

CHARLIEL CALDWELL
POST OFFICE BOX 9288
MONTGOMERY, ALABAMA  36108

DATE:  9/16/03
In Reply Refer To: 136D

*1 of 17*

RE: ROI Request for FREDDIE CALDWELL

Dear CHARLIEL CALDWELL:

This is in response to the request of information from medical records. This information is provided by written consent of the veteran.

Enclosed is a copy of the actual autopsy report.

If you have any questions regarding this matter, please contact Mr. Frank Anderson, Supervisor, Medical Records, at (205) 933-8101 extension 6238.

Sincerely,

PHYLLIS SULLIVAN
ASSISTANT CHIEF, BUSINESS MANAGEMENT

Prepared by: QUINTELLA ELIZA PECK - Release of Information

| MEDICAL RECORD | | AUTOPSY PROTOCOL | | | 7540-00-634-4116 | |
|---|---|---|---|---|---|---|
| DATE AND HOUR DIED<br>6-30-03 at 1119 | A.M.<br>P.M. | DATE AND HOUR AUTOPSY PERFORMED<br>7-1-03 at 0940 | A.M.<br>P.M. | CHECK ONE | | |
| PROSECTOR | | ASSISTANT | | FULL AUTOPSY | HEAD ONLY | TRUNK ONLY |

**CLINICAL DIAGNOSES** (Including operations)

1. Multisystem organ failure.
2. Necrotic colon.
3. S/P CABG, AVR/MVR.

---

**PATHOLOGICAL DIAGNOSES**

See attached.

---

APPROVED - SIGNATURE
Stephanie D. Reilly, M.D.

DATE 9-9-03

MILITARY ORGANIZATION (When required) | AGE | SEX | RACE | IDENTIFICATION NO. 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 | AUTOPSY NO. A03-13 (UAB03-20)

PATIENT'S IDENTIFICATION:
Caldwell, Freddie
VA Medical Center
Birmingham, AL

REGISTER NO. | WARD NO.

AUTOPSY PROTOCOL
Standard Form 503 (Rev. 2-79)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45-505
503-109

GPO : 1992 O - 327-000



**UAB DEPARTMENT OF PATHOLOGY**

Division of Anatomic Pathology
University of Alabama Hospital
The University of Alabama at Birmingham
619 S. 19th Street
Birmingham, AL 35233-1924 - (205)934-4880

Patient: **CALDWELL, FREDDIE LEE**
Med. Rec. #: **(00712)00041-6704958**
Location: OUTR
Age: 53 YRS   Sex: M   Race:
Accession Number: **A-03-00020**
Requesting Physician: GLEYSTEEN, JOHN J.
Additional Reports To: GLEYSTEEN, JOHN J.

Deceased Date: 07/01/03

# AUTOPSY REPORT

DATE ACCESSIONED: 07/09/03   SPECIMEN COLLECTED: 07/01/03 0914

## Autopsy Final Diagnosis

This was a 53 year old male with a history of coronary artery disease, aortic insufficiency and mitral regurgitation secondary to rheumatic heart disease, hypertension, hypothyroidism, arthritis, and a remote cerebrovascular accident with left sided weakness. He was admitted on 2 June 2003 for surgical repair of his mitral and aortic valves and coronary artery bypass grafting. He tolerated the surgery well, but his hospital course was complicated by bowel obstruction, respiratory failure, acute renal failure, persistent hyperbilirubinemia, and elevated liver enzymes. He underwent an exploratory laparotomy on 25 June where he was found to have necrotic ascending, transverse, and descending colon. The patient continued to have hypotension post operatively and expired on 30 June 2003.

Principal Diagnoses
1. Rheumatic heart disease status post aortic and mitral valve replacement (St. Jude 23 mm, and St. Jude 29 mm, respectively, with intact sutures).
   A. Cardiomegaly (880 g with pericardium and aortic arch) with organizing pericarditis.
   B. Status post partial colectomy and diverting ileostomy for ischemic bowel.
      i. Distal small bowel ulceration with transmural ischemia.
      ii. Postmortem blood cultures: <u>Escherichia coli</u>, <u>Pseudomonas aeruginosa</u>, and Enterococcus species.
      iii. Serosanguinous ascites, 600 ml.
      iv. Surgical anastomoses intact.
      v. Extensive peritoneal adhesions.
      vi. Drain tubes in place, lower abdomen.
   C. Acute infarction, distribution of left anterior and middle cerebral arteries.
      i. Left cingulate, uncal, and bilateral tonsillar herniation.
      ii. Hemorrhage, left basal ganglia.
      iii. Sagittal sinus thrombosis.
   D. Acute myocardial necrosis and infarction, left ventricle.
   E. Hepatomegaly (2010 g) with cholestasis and focal infarction.
   F. Splenomegaly (190 g) with multiple infarctions.
   G. Early gangrenous changes, digits, left hand and left foot.

Printed: 09/05/03 1441   **DEPARTMENT COPY**

Page: 1



**DEPARTMENT OF PATHOLOGY**

Division of Anatomic Pathology
University of Alabama Hospital
The University of Alabama at Birmingham
619 S. 19th Street
Birmingham, AL 35233-1924 - (205)934-4880

Patient: **CALDWELL, FREDDIE LEE**
Med. Rec. #: **(00712)00041-6704958**
Location: OUTR
Age: 53 YRS  Sex: M    Race:
Accession Number: **A-03-00020**
Requesting Physician: GLEYSTEEN, JOHN J.
Additional Reports To: GLEYSTEEN, JOHN J.

Deceased Date: 07/01/03

# AUTOPSY REPORT

DATE ACCESSIONED: 07/09/03    SPECIMEN COLLECTED: 07/01/03 0914

### Autopsy Final Diagnosis
    H.  Acute infarction, right testis.
    I.  Acute infarction, pancreas.
    J.  Acute infarction, adrenal gland.

2.  Acute pneumonia, bilateral lungs.
    A.  Postmortem lung culture: abundant <u>Pseudomonas aeruginosa</u>.

Secondary Diagnoses
Cardiovascular System
1.  See principal diagnoses.
2.  Severe native coronary artery disease, status post 2 vessel coronary artery bypass graft.
    A.  Patent graft to left anterior descending coronary artery.
    B.  Patent graft to left circumflex coronary artery.
    C.  Native left anterior descending coronary artery with 80% stenosis.
    D.  Native distal left circumflex coronary artery with 80% stenosis.
    E.  Patchy fibrosis, left ventricle.
    F.  Pacing wires intact, epicardium.

Pulmonary System
1.  See principal diagnoses.
2.  Pulmonary edema (1940 g).
3.  Mucosal hemorrhage and superficial ulceration, tracheobronchial tree.
4.  Status post bilateral chest tubes.
5.  Right pleural serosanguinous effusion (200 ml).

Gastrointestinal System
1.  See principal diagnoses.

Genitourinary System
1.  See principal diagnoses.
2.  Mild arteriolonephrosclerosis with cortical atrophy.
3.  Bile casts, bilateral kidneys.

Reticuloendothelial System
1.  See principal diagnoses.



**DEPARTMENT OF PATHOLOGY**

Division of Anatomic Pathology
University of Alabama Hospital
The University of Alabama at Birmingham
619 S. 19th Street
Birmingham, AL  35233-1924 - (205)934-4880

*Patient:* **CALDWELL, FREDDIE LEE**
*Med. Rec. #:* **(00712)00041-6704958**
*Location:* OUTR
*Age:* 53 YRS *Sex:* M     *Race:*
*Accession Number:* **A-03-00020**
*Requesting Physician:* GLEYSTEEN, JOHN J.
*Additional Reports To:* GLEYSTEEN, JOHN J.

*Deceased Date:* 07/01/03

# AUTOPSY REPORT

*DATE ACCESSIONED:* 07/09/03    *SPECIMEN COLLECTED:* 07/01/03  0914

### Autopsy Final Diagnosis

```
Central Nervous System
1.  See principal diagnoses.

Endocrine System
1.  No identifiable thyroid tissue.
```

```
Dictated by:    STEPHANIE D. REILLY, MD
08/29/03   By:  Stephanie D. Reilly, M.D.
KC              (Electronic Signature)
```

*\*\*END OF REPORT\*\**

*Printed:* 09/05/03 1441        **DEPARTMENT COPY**

*Page:* 3



# UNIVERSITY HOSPITAL

## AUTOPSY

Keyplate

**AUTOPSY NO.**

A-03-20 (Caldwell)
Dr. Nolan/kmc

## CLINICAL SUMMARY

This was a 53 year old male with a history of coronary artery disease, aortic insufficiency (grade 4/4) and mitral regurgitation (grade 4/4) secondary to rheumatic heart disease, hypertension, hypothyroidism, arthritis, and a cerebrovascular accident with left sided weakness (2000). He was admitted on 2 June 2003 for surgical repair of his mitral and aortic valves and elective 2 vessel coronary artery bypass grafting on 4 June 2003. Pre-operatively, he was found to have 80% stenosis of the left anterior descending artery, 90% stenosis of the left circumflex artery, and 60% stenosis of the right coronary artery. He tolerated the surgery well, but post operatively he experienced acute renal failure with hemodialysis beginning on 12 June 2003. On 16 June 2003, he was noted to have a partial small bowel obstruction in the mid-jejunum attributed to adhesions. On 23 June, he was found to have an increasing white blood cell count with an increase in abdominal distension. All cultures at this point were negative. On 25 June, he became increasingly hypotensive and hypoxic requiring intubation. CT scan revealed increased colonic distension. He was taken to the operating room on 25 June for an exploratory laparotomy which revealed a necrotic ascending, transverse, and descending colon. He continued to have hypotension post operatively and expired on 30 June 2003.

R:7/02/03  C:9/02/03



PS-997 Rev. 1/94



# UNIVERSITY HOSPITAL

## AUTOPSY

Keyplate

**AUTOPSY NO.**

A-03-20 (Caldwell)
Dr. Nolan/kmc

## PROTOCOL

The patient is identified as Freddie Lee Caldwell by a band on the right wrist and a tag on the right great toe which contain the patient's name and medical record number. Permission for an unlimited autopsy is granted by the sister of the decedent. The time of death is noted at 1119 hours on 6/30/03. The autopsy is begun at 0940 hours on 7/1/03. An attempt was made to contact Dr. Aprahamian of the clinical team prior to beginning the autopsy.

EXTERNAL DESCRIPTION: Received for examination is a 53 year old black male weighing at autopsy 200 lb and measuring 177 cm in length. The head is edematous and covered with short black and gray hair. The eyes are swollen shut. There is a nasogastric tube entering the left naris. There is a yellow exudate present in the left naris. There is an endotracheal tube entering the left angle of the mouth. The oral cavity displays teeth in poor to moderate dental repair. Further examination of the oral cavity is precluded by rigor mortis. There is an area of scabbing that measures 2.0 cm x 1.4 cm located on the left side of the neck. There is a single bore catheter in each subclavicular region. The chest is symmetrical and the nipples are evenly spaced. There is a recent mid sternal incision that measures 24 cm. The distal portion of this incision is gaping open with a width of 0.6 cm. There are multiple orange wires entering the anterior chest. There are bilateral chest tubes, one in either lateral chest wall. There are several areas of scabbing that measure 0.8 cm x 0.6 cm in greatest dimension and 0.3 cm x 0.2 cm in lesser dimension located throughout the anterior chest and upper abdominal region. There is a recent midline incision that measures 23.5 cm x 1.1 cm which extends from the upper abdominal region to the mons pubis region. This incision is closed with blue sutures in both its proximal and distal sections. The middle section is packed with gauze and exhibits black suture extending through clear tubing. There is a right lower quadrant ileostomy site and a left lower abdominal quadrant colostomy site. There are bilateral drains in the lower abdomen. The body and foreskin of the penis are crusty in appearance. A Foley catheter is in place with both testes descended in an edematous scrotal sac. There is a single bore catheter entering the right inguinal region. There is a healing surgical incision that measures 26.3 cm located on the medial aspect of the left thigh. There is an area of blue-purple discoloration that measures 16 cm x 4.3 cm located on the anterior surface of the right thigh. The digits of the left foot are dark purple in appearance and appear necrotic on the plantar surface.



PS-997 Rev. 1/94



**UNIVERSITY HOSPITAL**

Keyplate

## AUTOPSY

**PROTOCOL**
Page 2

**AUTOPSY NO.**
A-03-20 (Caldwell)
Dr. Nolan/kmc

The upper extremities are even and symmetrical. There is a single bore catheter entering the dorsal surface of the right forearm. There is a single bore catheter entering the left antecubital fossa region. There are multiple punctate wounds on the anterior surface of the left wrist. The dorsal surface of the right hand is edematous. There are gangrenous changes about the fingertips of the left hand. There is an area of ulceration that measures 2 cm x 2 cm located in the sacral region.

INCISION: The classic Y-shaped incision is utilized.

BODY CAVITIES: Upon opening the body cavities, the organs are situated in their normal anatomical positions. There are abdominal adhesions present. There are 600 ml of serosanguinous fluid present in the peritoneal cavity. There are also 80 g of clotted blood present in the left side of the peritoneal cavity. There are 200 ml of serosanguinous fluid present in the right pleural cavity. There are also pericardial adhesions noted.

HEART: The heart weighs 880 g with the pericardium and aortic arch attached. It exhibits a somewhat globular configuration. The epicardial surface is covered with a moderate to marked amount of epicardial and pericardial red-brown granular adhesions. There is a moderate amount of epicardial fat. Pacing wires are present. There are two coronary artery bypass grafts present. The first is an internal mammary artery graft to the distal left anterior descending artery. Opening the bypass to the left anterior descending artery reveals a patent lumen. Serial sections of the left anterior descending artery reveal focal 80% stenosis just proximal to the graft insertion site. The second graft is a portion of saphenous vein coursing from the aorta to a branch of the distal left circumflex artery. Opening the second graft reveals a patent lumen. Serial sectioning of the left circumflex artery reveals focal stenosis of 80% just proximal to the insertion of the graft. Serial sectioning the right coronary artery reveals 20 - 40% stenosis. The ventricles are sectioned revealing a left ventricular myocardial thickness of 1.3 cm and a right ventricular myocardial thickness of 0.4 cm. The myocardium is red-brown and there are focal areas of fibrosis in the left ventricular wall as well as evidence of more recent subendocardial ischemic necrosis. The heart is further opened along the lines of blood flow. The atria are smooth walled and contain no mural thrombi. There is a recent surgical incision in the left atrium; all sutures are intact. The fossa ovalis is noted. There are artificial aortic and mitral valves. There is a recent surgical incision in the proximal aorta. In the left ventricular chamber there are thickened chordae tendineae consistent with the history of rheumatic heart disease. The endocardial surface of the papillary muscles contains a greenish yellow color and upon sectioning of the papillary



PS-997 Rev. 1/94



**UNIVERSITY HOSPITAL**

## AUTOPSY

Keyplate

**AUTOPSY NO.**

**PROTOCOL**
Page 3

A-03-20 (Caldwell)
Dr. Nolan/kmc

muscles reveals evidence of recent infarction. The prosthetic valves are St. Jude type prostheses; all sutures are intact. There are blood clots on both artificial valves that appear to be postmortem. The tricuspid and pulmonary valves show no significant pathologic changes.

**AORTA:** Examination of the thoracic and abdominal aorta reveals a tan-yellow intima with mild to moderate atherosclerotic disease. The celiac, superior and inferior mesenteric, as well as renal ostia are widely patent.

**LUNGS:** The lungs have a combined weight of 1940 g. The visceral pleural surface exhibits fibrin deposition on the lateral aspect of the bilateral lower lobes consistent with chest tube placement. There is a mild amount of pleural anthracosis. No bullae are appreciated. Upon sectioning, the lung parenchyma is red-brown and spongy with areas of focal consolidation. Examination of the trachea and mainstem bronchi reveals a diffusely hemorrhagic mucosa. The tracheobronchial tree is further examined and no obstructions or other lesions are identified. The pulmonary vasculature is opened and no thromboemboli are seen. Anthracotic lymph nodes are noted at the hilum.

**LIVER:** The liver weighs 2010 g. Glisson's capsule is smooth, glistening and intact. The underlying parenchyma is cholestatic without evidence of congestion or nodularity. Multiple cross sections reveal a soft, cholestatic parenchyma. There is a subcapsular area of parenchymal infarction measuring 1.0 cm x 1.5 cm x 2.0 cm in the inferior aspect of the left lobe. No other lesions are identified.

**GALLBLADDER:** The gallbladder is intact and free of stones. The mucosa of the gallbladder is glistening and green. The bile duct is patent.

**SPLEEN:** The spleen weighs 190 g. The capsule is smooth, intact and free of defects. Upon sectioning, the parenchyma reveals multiple acute and subacute splenic infarcts ranging in size from 1 cm to 4 cm in greatest dimension. The intact parenchyma is dark purple and granular.

**PANCREAS:** Multiple cross sections through the pancreas reveal a yellow parenchyma with the usual lobular architecture. The pancreatic duct is free of obstruction and there is no evidence of necrosis, infarction, or other significant pathologic process.



PS-997 Rev. 1/94

 UNIVERSITY HOSPITAL

## AUTOPSY

Keyplate

**AUTOPSY NO.**

**PROTOCOL**
Page 4

A-03-20 (Caldwell)
Dr. Nolan/kmc

GU SYSTEM: The right and left kidneys weigh 160 and 170 g, respectively. The renal capsules strip with ease revealing a smooth surface without evidence of fetal lobation. Hemisectioning the kidneys reveals a distinct corticomedullary junction. The cortices have maximal widths of 0.6 cm and 0.5 cm on the right and left, respectively. The cortex is dark red in color while medulla is brown in color. There are multiple areas of greenish discoloration of the renal parenchyma. The collecting system is patent and unremarkable. The bladder is opened longitudinally to reveal an intact, tan-yellow mucosa. The prostate is 3.0 x 3.0 x 1.5 cm and no nodularity is noted. Cross sectioning reveals a white parenchyma. The testes are 2 cm x 2 cm, bilaterally. On cross sectioning, the right testis is hemorrhagic; there is no evidence of fibrosis.

GI SYSTEM: The esophageal mucosa has an intact, white appearance with no defects noted. The stomach is opened along the greater curvature revealing a congested mucosa. The rugae are intact. There is an area of ulceration in the lesser curvature that is approximately 0.5 cm corresponding to NG tube placement. The proximal duodenum is opened revealing an intact tan mucosa. There are approximately 100 cm of small bowel from the duodenum to the ileostomy site. There is a well circumscribed, 4 cm x 2 cm, green ulcer in the distal half of the small intestine approximately 20 – 25 cm from the ostomy site. Representative sections of this area are submitted. There is a 60 cm segment of large bowel. The mucosa is congested and focally hemorrhagic. The ascending, transverse, and a portion of the descending colon are surgically absent.

ADRENALS: Cross sectioning of the adrenals reveals a well defined cortico-medullary junction. No significant lesions are identified.

THYROID AND NECK ORGANS: The trachea is opened longitudinally along its posterior axis. The mucosa is tan-red and focally hemorrhagic. There are ulcerations consistent with prolonged intubation. Thyroid tissue is not identified grossly. Soft tissue from the neck is submitted for microscopic examination.

BRAIN: The weight of the brain in the fresh state is 1330 g. No epidural or subdural hemorrhages are noted. It will be placed in formalin with the spinal cord for a detailed examination following fixation.

R:7/1/03   T:7/5/03   C:9/2/03



PS-997 Rev. 1/94



**UNIVERSITY HOSPITAL**

**AUTOPSY**

Keyplate

**AUTOPSY NO.**

A-03-20 (Caldwell)
Dr. Nolan/kmc

**BRAIN NOTE**
Dr. Powers

A 1270 gram fixed brain is received with dura and spinal cord. Examination of the dura demonstrates greenish discoloration consistent with systemic hyperbilirubinemia. The sagittal sinus is opened and a potential sagittal sinus thrombus is identified. Representative sections are submitted. The thrombus appears to extend over the rostral two thirds of the sagittal sinus. The superficial cortical vessels do not appear thrombosed. There is blunting of gyri and narrowing of sulci consistent with edema, left greater than right. The left cerebral hemisphere to include frontal, temporal and parietal occipital cortices demonstrates a greenish discoloration and softening consistent with acute infarction. Occipital and inferior temporal and mesial temporal cortices appear unaffected. There is left to right shift of the left cingulate gyrus over the rostral two thirds and left to right shift of the left uncus consistent with early uncal herniation. There is indentation of the left cerebral peduncle. The cerebral peduncle has a grayish discoloration suggestive of compression against the contralateral tentorium cerebelli. The cerebral vessels are dissected intact. The left internal carotid and left middle cerebral artery contain extensive atherosclerosis; however, thrombotic occlusion is not clearly identified. There is softening and disintegration of the bilateral cerebellar tonsils consistent with tonsillar herniation. On multiple cut coronal sections there is left greater than right cerebral edema. There is closure of the left lateral ventricle and left to right shift of the left thalamus with compression of the left third ventricle. The left cingulate gyrus is shifted 3 mm to the opposite side and the left uncus appears compressed upon the left midbrain. There is a greenish discoloration that is limited to the left frontal and temporal cortical ribbon consistent with bilirubin staining. The left cingulate gyrus is uneffected by this staining. The left superior frontal gyrus is also stained suggestive of an infarction in the distribution of the anterior and middle cerebral arteries on the left side. The left superior temporal gyrus is only partially infarcted, predominantly in the region of the left planum temporale. There is a focal area of hemorrhage present in the left insular region adjoining the left claustrum. Portions of the superior frontal gyrus appears spared by this process although other portions in the distribution of the anterior cerebral artery such as the orbital frontal cortices are severely effected. Multiple cut sections through brainstem demonstrate multiple punctate hemorrhages present in the pons consistent with early Duret hemorrhages. Examination of the cerebellum demonstrates softening and necrosis of the bilateral cerebellar tonsils. External examination of the spinal cord is unremarkable. Multiple cut sections through the spinal cord are unremarkable.



PS-997 Rev. 1/94

 UNIVERSITY HOSPITAL

## AUTOPSY

Keyplate

AUTOPSY NO.

**BRAIN NOTE**  
Page 2

A-03-20 (Caldwell)  
Dr. Nolan/kmc

Diagnosis:
1. Infarction, distribution of left anterior and middle cerebral arteries.
2. Left cingulate uncal and bilateral tonsillar herniation.

Comment: The appearance of this brain is consistent with fragmentary occlusion into the distributions of the anterior and middle cerebral arteries in the left side with infarction and then subsequent reperfusion. There is edema with shift and there is cingulate, tonsillar, and uncal herniation.

R:7/10/03  T:7/15/03  
C:8/8/03



PS-997 Rev. 1/94

 UNIVERSITY HOSPITAL

## AUTOPSY

Keyplate

**AUTOPSY NO.**

A-03-20 (Caldwell)
Dr. Nolan/kmc

### MICROSCOPIC BRAIN NOTE
Dr. Powers

Multiple segments of neocortex, brainstem and cerebellum are examined. Segments through neocortex demonstrate severe ischemic damage with eosinophilic alterations of neurons and vacuolation consistent with edema. This microscopic appearance is consistent with severe infarction. Overall the level of inflammatory infiltrate is minimal. Segments of the hippocampus demonstrate mild ischemia but less conspicuous ischemic damage. Segments from the sagittal sinus demonstrate an organizing thrombus. Segments from the midbrain, pons and medulla demonstrate patchy ischemic damage. Segments from the spinal cord demonstrate appropriate numbers of anterior horn cells. Lateral and posterior columns appear unremarkable. Segments from the cerebellum demonstrate severe ischemic damage to Purkinje cells.

Diagnosis:
1. Infarction, subacute.
2. Atherosclerosis, severe.
3. Sagittal sinus thrombosis, acute.

Comment: The microscopic appearance is consistent with a clinical history and secondary complications.

R:7/22/03   T:7/25/03   C:8/12/03
2C:9/05/03



PS-997 Rev. 1/94


UNIVERSITY HOSPITAL

## AUTOPSY

Keyplate

**AUTOPSY NO.**

A-03-20 (Caldwell)
Dr. Nolan/kmc

## MICROSCOPIC DESCRIPTION

HEART (H & E 1-4, 28; LV anterior slide 1, LV lateral slide 2, LV posterior and left papillary muscle slide 3, LV and valvular blood clot slide 28; Septum and RV slide 4): Sections of myocardium exhibit hypertrophy, patchy fibrosis and organizing pericarditis. The coronary arteries exhibit atherosclerosis with stenosis. Slide 3 shows superimposed acute ischemic necrosis consistent with hypotensive injury. Dr. Caulfield reviewed these slides and concurs with the above findings. Slide 28 shows near transmural acute infarction. Microscopic examination of the prosthetic valve blood clots is most consistent with postmortem clotting.

CORONARY ARTERIES (H & E 2, 26-27; distal 1st marginal slide 2, left anterior descending slide 26, left marginal proximal to graft slide 27): Section of 1st marginal artery exhibits 50% atherosclerotic occlusion. Section of left anterior descending exhibits 90% atherosclerotic occlusion. Section of left marginal artery exhibits 60-70% atherosclerotic occlusion.

LUNGS (H & E 5-9, 23; LUL slide 5, LLL slide 6, RUL slide 7, RML slide 8, RLL slide 9, 23): Sections of lung exhibit patchy, multifocal, early acute pneumonia, best demonstrated on slide 23. There are hemosiderin laden macrophages present in all lobes. Interstitial edema and focal acute hemorrhage are noted.

SPLEEN (H & E 10): Section of spleen exhibits autolysis with multiple acute splenic infarctions.

PANCREAS (H & E 11-13; head slide 11, body slide 12, tail slide 13): Sections of pancreas exhibit focal acute infarction.

ADRENALS (H & E 14): Sections of right and left adrenal exhibit focal acute infarction with associated hemorrhage.

KIDNEY (H & E 15-16, 25; R slide 15, L slide 16, R slide 25): Sections of right and left kidney show scattered globally sclerotic glomeruli, diffuse interstitial fibrosis, prominent chronic inflammation, numerous bile casts and intimal vascular hyperplasia.



PS-997 Rev. 1/94



# UAB UNIVERSITY HOSPITAL

## AUTOPSY

Keyplate

**AUTOPSY NO.**

**MICROSCOPIC DESCRIPTION**
Page 2

A-03-20 (Caldwell)
Dr. Nolan/kmc

**LIVER (H & E 17):** Section of liver exhibits intact architecture with cholestasis in a centrilobular distribution. There is mild chronic inflammation of the portal tracts. There is an area of acute infarction.

**PROSTATE (H & E 18):** Section of prostate exhibits benign glands and stroma.

**SMALL BOWEL (H & E 19, 24):** Section of small bowel in slide 24 exhibits ischemia with transmural inflammation. Slide 19 exhibits organizing peritonitis with associated blood clot. There is submucosal congestion with focal hemorrhage.

**BONE MARROW (H & E 20):** Section of bone marrow exhibits hypercellularity (90%) with a left shift. There is megakaryocytic hyperplasia. There is no evidence of malignancy. Dr. V. Reddy reviewed this slide and concurs with the above findings.

**RIGHT TESTIS (H & E 21):** Section of testis shows acute hemorrhagic infarction.

**PARATRACHEAL SOFT TISSUE (H & E 22):** Sections show lymph nodes and fibrous connective tissue; no thyroid tissue is present.

**MICROBIOLOGY:** Post mortem blood cultures grew Enterococcus spp., *E. coli*, and *Pseudomonas aeruginosa*.

Post mortem lung cultures grew abundant *Pseudomonas aeruginosa*.
R:8/25/03   C:9/2/03





# UAB UNIVERSITY HOSPITAL

## AUTOPSY

Keyplate

**AUTOPSY NO.**
A-03-20 (Caldwell)
Dr. Nolan/kmc

## CASE INTERPRETATION

This was a 53 year old male with a history of coronary artery disease and rheumatic heart disease who underwent surgical replacement of his mitral and aortic valves and coronary artery bypass grafting on 06/04/03. He tolerated the surgery well, but his hospital course was complicated by bowel obstruction and multisystem organ dysfunction. He underwent an exploratory laparotomy on 25 June where he was found to have necrotic ascending, transverse, and descending colon. The patient continued to have hypotension post operatively and expired on 30 June 2003.

Postmortem examination revealed cardiomegaly with prosthetic mitral and aortic valves with intact sutures. The chordae tendinae of the mitral valve were thickened and fused consistent with the history of rheumatic heart disease. There was severe native coronary artery disease with two patent bypass grafts with intact anastomoses. There were multiorgan infarctions suggestive of embolic phenomena with acute infarction in the distribution of the left anterior and middle cerebral arteries with associated edema and herniation. Infarctions were also present in the heart, adrenals, spleen, liver, small bowel, pancreas and testis. Early gangrenous changes were identified in the digits of the left hand and left foot. Examination of the lung showed a multifocal acute pneumonia. A postmortem lung culture grew abundant *Pseudomonas aeruginosa* and postmortem blood cultures grew *Escherichia coli, Pseudomonas aeruginosa,* and *Enterococcus* spp.

Mitral valve stenosis occurs in approximately 40% of all patients with rheumatic heart disease. Rheumatic heart disease is a complication of rheumatic fever caused by a host response to streptococcal antigens. The rate of rheumatic fever has drastically declined in the past 40 years with the advent of specific antibiotics but remains a very significant public health problem in the world's population. In a study of 1239 patients with mitral valve insufficiency, 514 patients received a St. Jude's mechanical valve, while 725 patients received native mitral valve repair. The operative mortality was similar in the two groups (5.4 - 7.2%). However in patients with multiple valve disease, mechanical valve replacement offered better long term (8 years) freedom from late cardiac death, reoperation, and all valve-related complications than did mitral valve reconstruction (77.0% vs 45.3%; $p < 0.01$). The study concluded that mitral valve replacement was preferred in patients with multiple valve disease.



PS-997 Rev. 1/94

 UNIVERSITY HOSPITAL

# AUTOPSY

Keyplate

**AUTOPSY NO.**

**CASE INTERPRETATION**
Page 2

A-03-20 (Caldwell)
Dr. Nolan/kmc

In summary, this was a 53 year old male with rheumatic heart disease who underwent surgical replacement of his mitral and aortic valves and had multiple apparent embolic events postoperatively. He had infarctions of the liver, spleen, adrenal gland, intestine, testis, pancreas, distal extremities, and brain. He underwent laparotomy for a necrotic ascending, transverse, and descending colon. The immediate cause of death was likely sepsis with post mortem blood cultures growing *Escherichia coli, Pseudomonas aeruginosa,* and Enterococcus spp; however, the cerebral infarction with edema and herniation was likely a contributing factor in his demise. The underlying cause of death was rheumatic heart disease.

Reference:

J Thorac Cardiovasc Surg. 1998 Feb;115(2):389-94.
Harrison's Principles of Internal Medicine, 15th ed. 2001. McGraw-Hill. Pgs 1340-1341.

R:8/25/03  C:9/2/03



PS-997 Rev. 1/94