



**Brand Name(s):** Aciphex
**Generic Name** Rabeprazole

### What are rabeprazole tablets?
RABEPRAZOLE (ACIPHEX™) prevents the production of acid in the stomach. It reduces symptoms and prevents injury to the esophagus or stomach in patients with gastroesophageal reflux disease (GERD) or ulcers. Rabeprazole is also useful in conditions that produce too much stomach acid such as Zollinger-Ellison syndrome. Rabeprazole may also be used with antibiotics to get rid of bacteria that are associated with some ulcers. Generic rabeprazole tablets are not yet available.

### What should my health care professional know before I take rabeprazole?
They need to know if you have any of these conditions:
- liver disease
- an unusual or allergic reaction to omeprazole, lansoprazole, rabeprazole, other medicines, foods, dyes, or preservatives
- pregnant or trying to get pregnant
- breast-feeding

### How should I take this medicine?
Take rabeprazole tablets by mouth. Follow the directions on the prescription label. Swallow the tablets whole with a drink of water; do not crush, break, or chew. You may take this medicine with or without food. Take your doses at regular intervals. Do not take your medicine more often than directed.

Contact your pediatrician or health care professional regarding the use of this medicine in children. Special care may be needed.

### What if I miss a dose?
If you miss a dose, take it as soon as you can. If it is almost time for your next dose, take only that dose. Do not take double or extra doses.

### What drug(s) may interact with rabeprazole?
- ampicillin
- cyclosporine
- diazepam
- digoxin
- iron salts
- itraconazole
- ketoconazole

Tell your prescriber or health care professional about all other medicines you are taking, including non-prescription medicines, nutritional supplements, or herbal products. Also tell your prescriber or health care professional if you are a frequent user of drinks with caffeine or alcohol, if you smoke, or if you use illegal drugs. These may affect the way your medicine works. Check with your health care professional before stopping or starting any of your medicines.

### What side effects may I notice from taking rabeprazole?
Side effects that you should report to your prescriber or health care professional as soon as possible:
- fever or sore throat
- persistent skin rash
- unusual bleeding or bruising
- yellowing of the eyes or skin

| Drug | Brand | Type | Dose | Date | Patient | ID |
|---|---|---|---|---|---|---|
| RABEPRAZOLE NA | ACIPHEX | STOMACK | 20MG | 10/12/2001 | MONJURUL, ISLAM | 68704467 |
| RABEPRAZOLE NA | ACIPHEX | STOMACK | 20MG | 1/24/2002 | MONJURUL, ISLAM | 68704467A |
| RABEPRAZOLE NA | ACIPHEX | STOMACK | 20MG | 7/22/2002 | MONJURUL, ISLAM | 68704467B |
| RABEPRAZOLE NA | ACIPHEX | STOMACK | 20MG | 1/23/2003 | MONJURUL, ISLAM | 68704467D |
| RABEPRAZOLE NA | ACIPHEX | STOMACK | 20MG | 5/27/2003 | MONJURUL, ISLAM | 68704467E |
| RABEPRAZOLE NA | ACIPHEX | STOMACK | 20MG | | MONJURUL, ISLAM | 68704467C |