IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05-CV-0611-F |
| ) | [WO] |
| VETERANS ADMINISTRATION ) | |
| HOSPITAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTIONS

For good cause, it is hereby **ORDERED** that Plaintiff's *Motion to Squash Defendant Motion to Dismiss* (Doc. 23, Sept. 6, 2005) and *Motion for Definitive Statement as Requested* (Doc. 24, Sept. 6, 2005) are each **DENIED**.

Done this 9th day of September, 2005.

    **/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE