IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN DIVISION**

| | |
|---|---|
| CHARLIE CALDWELL,<br><br>    Plaintiff,<br><br>v.<br><br>VETERANS ADMINISTRATION HOSPITAL, DR. WILLIAM L. HOLMAN, JANSSEN PHARMACEUTICAL COMPANY,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:05-CV-0611-F-B |

**DECLARATION OF MARY E. BARRETT**

Now comes Mary E. Barrett, Regional Counsel, Region 9, United States Department of Veterans Affairs, who, being duly sworn, deposes and says as follows:

1)    My name is Mary E. Barrett.

2)    I am the Regional Counsel for Region 9, United States Department of Veterans Affairs.

3)    My office is located at 1500 E. Woodrow Wilson Boulevard, Jackson, MS 39216. The mailing address of the Montgomery Area Office of Region 9 is the VA Regional Office, 345 Perry Hill Road, Montgomery, AL 36109-4551.

4)    The Office of Regional Counsel is the legal office of the Department of Veterans Affairs for the States of Alabama and Mississippi. As such, it is the office of the Department having jurisdiction to receive and

investigate administrative claims against the United States under the Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2401, 2402 and 2671-2680, for money damages for injury or loss of property, or for personal injury or death, caused by the negligent or wrongful act or omission of VA employees while acting within the scope of their office or employment in the States of Alabama and Mississippi.

5)   I have searched the files and records of the Office of Regional Counsel made and maintained in the regular, ordinary and usual course of official business pertaining to administrative tort claims filed under the Federal Tort Claims Act. My search did not reveal any SF 95, Claim For Damage, Injury, Or Death, or other claim form, filed by Plaintiff for the incident described in the complaint in this lawsuit or for any other act or omission cognizable under the Federal Tort Claims Act.

6)   Under the provisions of title 28, United States Code, section 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this the tenth day of August, 2005.

_____
MARY E. BARRETT
REGIONAL COUNSEL