IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE L. CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:05-CV-0611-F-B** |
| | ) |
| VETERANS ADMINISTRATION | ) |
| HOSPITAL, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679 (d)(1), the United States is hereby substituted as party defendant for William L. Holman, M.D. In support of this notice, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully states that:

1. Dr. William L. Holman is named as a defendant in this action  The *pro se* complaint alleges that defendant Holman committed medical malpractice by failing to detect an illness that caused the death of plaintiff's brother, Fred L. Caldwell.

2. William L. Holman, M.D.,  is currently the Chief of Cardiothoracic Surgery at the Veterans Administration Hospital in Birmingham, Alabama.  At the time of the incident giving rise to the complaint, he was Chief of Cardiovascular Surgery.  Pursuant to 28 U.S.C. § 2679 (d)(1), the United States Attorney for the Middle District of Alabama has certified that Dr. Holman was acting within the scope of his federal office or

employment at the time of the incident out of which plaintiff's claim arises. *See* 28 C.F.R. § 15.3 (2003) (delegating the Attorney General's certification authority to the United States Attorneys). A copy of the Attorney General's scope-of-employment certification is filed with this Notice as Exhibit 1.

    3. Substitution of the United States as party defendant for Dr. Holman has occurred by operation of law, and this action shall proceed as an action against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680. 28 U.S.C. § 2679 (d)(2).

    WHEREFORE, pursuant to 28 U.S.C. § 2679 (d) (1), the United States has been substituted as party defendant for Dr. William L. Holman.

    Respectfully submitted this 9th day of September, 2005.

                                  LEURA G. CANARY
                                  United States Attorney

                By:   s/Stephen M. Doyle
                       STEPHEN M. DOYLE
                       Chief, Civil Division
                       Assistant United States Attorney
                       Attorney for Defendant
                       Post Office Box 197
                       Montgomery, AL  36101-0197
                       District of Columbia Bar No. 422474
                       Telephone No.: (334) 223-7280
                       Facsimile No.: (334) 223-7418
                       **E-mail: stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>Russell Crandle Buffkin (rcb@helmsinglaw.com, thb@helmsinglaw.com)
>**Attorney for Defendant, Janssen Pharmaceutical Company**

and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

>Charlie Caldwell
>Post Office Box 9288
>Montgomery, AL 36108
>**Plaintiff**

Dated this 8th day of September, 2005.


>s/Stephen M. Doyle
>Assistant United States Attorney