IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE L. CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:05-CV-0611-F-B** |
| | ) |
| VETERANS ADMINISTRATION | ) |
| HOSPITAL, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Leura G. Canary, United States Attorney for the Middle District of Alabama, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by 28 C.F.R. § 15.3, hereby certify that defendant, William L. Holman, M.D., Chief of Cardiovascular Surgery at the Veterans Administration Hospital in Birmingham, Alabama, was acting within the scope of his federal office or employment as an employee of the Department of Veterans Affairs at the time of the incident out of which this claim arises. I have been apprised of the facts giving rise to this action and make this certification on the basis of the information now available to me with respect to the incident referred to in the complaint.

Dated this 9th day of September, 2005.

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney
SJIS #GAR030