**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 12, 2005

# NOTICE OF DEFICIENCY

**To:** Clinton C. Carter
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

**From:** Clerk's Office

**Case Style:** Charlie Caldwell vs. Veterans Administration Hospital, et al.

**Case Number:** #2:05-cv-00611-MEF-DRB

**Referenced Pleading:** Document #26
Motion to Dismiss

**The referenced pleading was filed electronically on 9/9/2005 in the above-styled case. Reference is made to the Declaration of Mary E. Barrett, filed as an attachment to the Motion to Dismiss. The referenced declaration is not notarized.**

**The listed deficiency must be corrected within ten (10) days from the date of this letter.**

**You must submit an affidavit that is notarized. DO NOT E-FILE THE CORRECTION. Please E-MAIL the CORRECTED pdf of the ENTIRE document to donna_norfleet@almd.uscourts.gov. A notice of correction will be issued once the corrected pdf has been received.**

**Thank you for your attention to this matter.**