**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 12, 2005

# NOTICE OF CORRECTION

**From:**              Clerk's Office

**Case Style:**        **Charlie Caldwell vs. Veterans Administration Hospital, et al.**

**Case Number:**       **#2:05-cv-00611-MEF-DRB**

**Referenced Document:**  **Document #28**
                          **Notice of Deficiency**

**This notice has been docketed to correct the docket sheet.   The referenced document was issued in error.**

**Please disregard the entry of the referenced document on the court's docket.**