IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05-CV-0611-F |
| ) | |
| VETERANS ADMINISTRATION ) | |
| HOSPITAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

After review of the *Notice of Substitution* filed Sept. 9, 2005 (Doc. 27) and the *United States' Motion to Dismiss* filed Sept. 9, 2005 (Doc. 26), it is **ORDERED** as follows:

1. For good cause shown in the *Notice of Substitution,* the United States is hereby substituted as party defendant for William L. Holman, M.D., and this action shall proceed as an action against the United States under the Federal Tort Claims Act, 28 U.S.C. 1346(b), 2671-2680. The Clerk is instructed to effect this substitution on the record.

2. The *pro se* plaintiff shall respond not later than October 7, 2005, to show any cause why the court should not grant the United States' motion to dismiss plaintiff's claims for lack of subject-matter jurisdiction. Thereafter, the *Motion* shall be submitted for determination without oral argument.

DONE this 12th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE