IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLIE CALDWELL, Pro Se
PLAINTIFF

VS                                              CASE NUMBER

VETERANS ADMINISTRATION HOSPITAL                2:05-CV-0611-F-B

DR. WILLIAM L. HOLMAN

JANSSEN PHARACEUTICAL INC.
    DEFENDANTS

### SEPARATION OF CLAIM

PRUSUANT TO RULE 9 (G) OF THE FEDERAL RULES OF CIVIL PROCEDURE SPECIAL DAMAGE .... WHEN ITEMS OF SPECIAL DAMAGE ARE CLAIMED THEY SHALL BE SPECIFICALLY STATED.....

PLAINTIFF HOLDS THAT DR. HOLMAN ,, BEING A DEPARTMENT CHIEF IS LIABLE FOR A NUMBER OR STATE AND FEDERAL LAW VIOLATIONS,, CIVIL AND CRIMINAL... ( STATE LAWS VIOLATED)..

(A)  13A-2-5 CAUSATION   a and b ,,

(B)  13A-2-20 CRIMINAL LIABILITY BASED UPON BEHAVIOR ,,

(C)  13A-2-21--22--23--24  ACCOUNTABILITY FOR BEHAVIOR OF ANOTHER,

PLAINTIFF HOLDS DR. HOLMAN LIABLE FOR DISCRIMINATION,, MEDICAL MAL-PRACTICE,, WRONGFULL DEATH,,AND STRESS FORCED UPON THE FAMILY MEMBERS OF FRED L. CALDWELL....  FOR DISCRIMINATION, WE ARE SEEKING,, ONE MILLION DOLLARS.. FOR MEDICAL MAL-PRACTICE, WE ARE SEEKING,, ONE MILLION DOLLARS... FOR THE WRONGFULL DEATH, WE ARE SEEKING,, ONE MILLION DOLLARS.. FOR NEGLIGENCE, WE ARE SEEKING ONE MILLION DOLLARS... FOR STRESS, THAT WAS FORCED UPON THE FAMILY ONE MILLION Dollars.. AND FIVE MILLION DOLLARS IN PUNITIVE DAMAGES....

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL

over

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

PLAINTIFF HOLDS THE VETERANS ADMINISTRATION HOSPITAL IN BIRMINGHAM, ALABAMA ..FOR DISCRIMINATION,, MEDICAL MAL-PRACTICE,, WRONGFULL DEATH,, NEGLIGENCE,, AND STRESS FORCED ON THE FAMILY..

FOR DISCRIMINATION, WE ARE SEEKING TEN MILLION DOLLARS.. FOR MEDICAL MAL-PRACTICE, WE ARE SEEKING TEN MILLION DOLLARS.. FOR WRONGFULL DEATH, WE ARE SEEKING TEN MILLION DOLLARS.. FOR NEGLIGENCE, WE ARE SEEKING TEN MILLION DOLLARS.. FOR STRESS THAT WAS FORCED ON THE FAMILY, WE ARE SEEKING TEN MILLION DOLLARS.. WE ARE SEEKING SIXTY MILLION DOLLARS IN PUNITIVE DAMAGES...

PLAINTIFF HOLDS JANSSEN PHARMACEUTICA INC...FOR WRONGFULL DEATH,,NEGLIGENCE,, AND VIOLATING A PUBLIC TRUST...  FOR WRONGFULL DEATH, WE ARE SEEKING TEN MILLION DOLLARS.. FOR NEGLIGENCE, WE ARE SEEKING,TEN MILLION DOLLARS.. FOR VIOLATING THE PUBLIC TRUST, WE ARE SEEKING TEN MILLION DOLLARS.. WE ARE SEEKING ONE HUNDRED MILLION DOLLARS IN PUNITIVE DAMAGES...

___PLAINTIFF___ MOVES THE COURT  TO DISMISS THE DEFENDANTS MOTION TO DISMISS.. DO TO THE HIDEOUS NATURE OF THIS CASE..

___PLAINTIFF___ MOVES THE COURT  TO DISMISS THE DEFENDANTS MOTION FOR A CHANGE OF VENUE...

___PLAINTIFF___ MOVES THE COURT,, THAT (28U.S.C.-2679-d-4-,) SHOULD BE DISMISSED.. DO TO THE FACT THAT ___REGION 9,___ HAS BEEN SO CLEVERLY CONCEALED WITH IN THE VETERANS ADMINISTRATION....

(334)-657-8859                              RESPECTFULLY SUBMITTED

                                            /s/ Charlie Caldwell
                                            CHARLIE CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION OF SCRVICE

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 p ennsyvania Ave.
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 SOUTH 19th.Srreet
Birmingham, Ala. 35233

Dr. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th Street
Birmingham, Ala. 35233

RUSSELL C. BUFFKIN
ATTORNEY AT LAW
P.O.Box 2767
Mobile, Ala. 36652

SECRETARY OF VETERANS
AFFAIRS
HON. JAMES NICHOLSON
810 Vermont Ave. N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
ONE COURT SQUARE
P.O. Box 197
Montgomery, Ala. 36101

JANSSEN PHARACEUTICAL INC.
1125 Triton Harbor Road
Titusville, N.J. 08560

I HEREBY CERTIFY THAT I HAVE ON THIS DAY  *16 Sept, 05*  I SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID....

RESPECTFULLY SUBMITTED

*[signature]*
CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION REGUARDING NEW COURIER

13 AND ELECTRONIC NOTIFICATION

I CHARLIE CALDWELLHEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,,NOR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SENDING, RECIVING.....

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL