IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 SEP 19 P 5:01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CHARLIE CALDWELL, Pro Se
        PLAINTIFF

            VS

VETERANS ADMINISTRATION HOSPITAL                    CASE NUMBER

DR. WILLIAM L. HOLMAN                               2:05-CV-o611-F-

JAANSSEN PHARACEUTICAL INC.
        DEFENDANTS


                    MOTION TO ADD JOINDER

                        AS DEFENDERANT


    PLAINTIFF MOVES THE COURT TO ADD JOINDER TO THE EXISTING AND

FOGOING PROSEEDING.... PRUSUANT TO RULE 18(B) OF THE FEDERAL RULE

CIVIL PROCEDURE .....

    PLAINTIFF HOLDS THE DEFENDANTS,,, IN ACCORDING TO SAID RULE

AND HEREBY ADD CONSPIRACY, DISCRIMINATION, VIOLATING A PUBLIC

TRUST, AND STRESS THAT WAS FORCED UPON THE FAMILY MEMBERS OF

FRED L. CALDWELL....

    PLAINTIFF MOVES THE COURT TO ADD REGION 9 AND MARY E.

BARRETT IN HER COMPASSETED AS THE REGIONAL COUNSEL OR DIRECTOR...

THE ONLY ONES THAT HAS HEARD OF REGION 9 ARE THOES WHO WORK THERE

AND THEREFOUR THIS CASE HINGES ON A CLASS ACTION PROCEDURE...


                            RESPECTFULLY SUBMITTED

                            CHARLIE CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA


CERTIFICATION REGUARDING NEW COURIER

13 AND ELECTRONIC NOTIFICATION


I CHARLIE CALDWELLHEREBY CERTIFY THAT I DO NOT HAVE

ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCING THE

COURIER NEW 13 LETTERING,,NOR THE EQUIPMENT USED FOR

ELECTRONIC FILEING, SENDING, RECIVING.....


RESPECTFULLY SUBMITTED

CHARLIE CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA


### CERTIFICATION OF SCRVICE

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 p ennsyvania Ave.
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 SOUTH 19th.Srreet
Birmingham, Ala. 35233

Dr. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th Street
Birmingham, Ala. 35233

RUSSELL C. BUFFKIN
ATTORNEY AT LAW
P.O.Box 2767
Mobile, Ala. 36652

SECRETARY OF VETERANS
AFFAIRS
HON. JAMES NICHOLSON
810 Vermont Ave. N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
ONE COURT SQUARE
P.O. Box 197
Montgomery, Ala. 36101

JANSSEN PHARACEUTICAL INC.
1125 Triton Harbor Road
Titusville, N.J. 08560

REGION 9
V.A.REGIONAL OFFICE
345 Perry Hill Road
Montgomery, Ala. 36109-4551


I HEREBY CERTIFY THAT I HAVE ON THIS DAY *2.4 Sept, 05* I
SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY
MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND
FRIST CLASS POSTAGE PREPAID....


MARY E. BARRETT
1500 E. Woodrow Wilson Blvd.
Jackson MS. 39216

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859