IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLIE CALDWELL Pro Se
        Plaintiff

                                                    CASE NUMBER

        VS                                          2:05-CV-0611-F


VETERANS ADMINISTRATION HOSPITAL

DR. WILLIAM L. HOLMAN

JANSSEN PHARACEUTICAL INC..
        Defendants


                    MOTIOM FOR A STAY


    DO TO A RESENT PHONE CALL,, PALINTIFF COMPELLS THE COURT FOR

A 30 DAY STAY... SO THAT PALINTIFF CAN CONTACT THE DEFENDANTS TO

NEGOTIATE A SETTLEMENT.....


    PLAINTIFF CAN BE REACHED AT (334) 284-6888



                                        Respectfully Submitted

                                        CHARLIE CALDWELL

        (334) 657-8859                  P.O.Box 9288

                                        Montgomery, Ala.

                                                36108

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA


CERTIFICATION REGUARDING NEW COURIER

13 AND ELECTRONIC NOTIFICATION


I CHARLIE CALDWELLHEREBY CERTIFY THAT I DO NOT HAVE

ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE

COURIER NEW 13 LETTERING,,NOR THE EQUIPMENT USED FOR

ELECTRONIC FILEING, SENDING, RECIVING.....


RESPECTFULLY SUBMITTED

CHARLIE CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA


CERTIFICATION OF SCRVICE


U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 p ennsyvania Ave.
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 SOUTH 19th.Srreet
Birmingham, Ala. 35233

Dr. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th Street
Birmingham, Ala. 35233

RUSSELL C. BUFFKIN
ATTORNEY AT LAW
P.O.Box 2767
Mobile, Ala. 36652

SECRETARY OF VETERANS
AFFAIRS
HON. JAMES NICHOLSON
810 Vermont Ave. N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
ONE COURT SQUARE
P.O. Box 197
Montgomery, Ala. 36101

JANSSEN PHARACEUTICAL INC.
1125 Triton Harbor Road
Titusville, N.J. 08560

REGION 9
V.A. REGIONAL OFFICE
345 Perry Hill Road
Montgomery, Ala. 36109-4551


     I HEREBY CERTIFY THAT I HAVE ON THIS DAY _10 Oct. 05_ I
SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY
MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND
FRIST CLASS POSTAGE PREPAID....


MARY E. BARRETT
1500 E. Woodrow Wilson Blvd.
Jackson, MS. 39216

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859