IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE CALDWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. 2:05-CV-0611-F-B |
| | * | |
| VETERANS ADMINISTRATION | * | |
| HOSPITAL, DR. WILLIAM L. | * | |
| HOLMAN, JANSSEN | * | |
| PHARMACEUTICAL COMPANY, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT JANSSEN PHARMACEUTICA, INC.'S MOTION
TO STRIKE PLAINTIFF'S MOTION FOR INTERROGATORIES**

Defendant, Janssen Pharmaceutica, Inc. (hereinafter "Janssen"), pursuant to the Federal Rules of Civil Procedure, moves this Honorable Court to strike the Plaintiff's Motion for Interrogatories because the requested discovery is premature. In support of this motion, Janssen states the following:

1. Plaintiff commenced this action *pro se* on June 29, 2005. On August 3, 2005, Janssen filed a Motion to Dismiss and/or Motion for More Definite Statement (Doc.14). Janssen's motion is currently pending with the Court.

2. Pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." The court has not ordered a scheduling conference and the parties have not engaged in any correspondence that could be construed as a discovery conference. Thus, Plaintiff's requested discovery is premature. *Id*.; *see also Alston v. Parker*, 363 F.3d 229, 236 n. 11 (3rd Cir. 2004).

3. This Court has denied similar premature requests of Plaintiff seeking discovery. *See* Order dated July 18, 2005(Doc. 7), denying Plaintiff's Motion for Medical Records (Doc. 4) and Order dated July 21, 2005 (Doc. 12), denying Plaintiff's Motion for Medical Study of Raberprazole (Doc. 10).

WHEREFORE, Counsel for Janssen respectfully moves the Court to enter an Order striking Plaintiff's Motion for Interrogatories.

Respectfully submitted,

**/s/ JOSEPH P.H. BABINGTON**
FREDERICK G. HELMSING (HELMF6416)
JOSEPH P. H. BABINGTON (BABIJ7938)
RUSSELL C. BUFFKIN (BUFFR6510)
Attorneys for Defendant, Janssen
Pharmaceutica, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of October, 2005, a true and correct copy of the foregoing was served by United States Mail, postage prepaid, properly addressed to:

Charlie Caldwell
Post Office Box 9288
Montgomery, Alabama  36108

U.S. Attorney General
Honorable Alberto Gonzales
950 Pennsylvania Avenue Northwest
Washington, D.C. 20530

Department of Veterans Affairs
700 South 19th
Birmingham, Alabama  35233

Dr. William L. Holman
V.A. Medical Center
700 South 19th Street
Birmingham, Alabama  35233

Secretary of Veterans Affairs
Honorable R. James Nicholson
810 Vermont Avenue N.W.
Washington, D.C. 20420

U.S. Attorney
Leura Canary
One Court Square
Montgomery, Alabama  36101

                                                 **/s/ JOSEPH P.H. BABINGTON**
                                                 OF COUNSEL

Doc. #87235