IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:05-CV-0611-F |
| | ) [WO] |
| VETERANS ADMINISTRATION | ) |
| HOSPITAL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTIONS

After due consideration, it is **ORDERED** that each of the following-styled *Motions* filed by the *pro se* Plaintiff is **DENIED** as frivolous or otherwise lacking any merit to the extent that the content can be comprehended by this court: (1) "*Motion to Add Joinder as Defenderant*" (Doc. 32, Sept.19, 2005); and (2) "*Motiom for a Stay*" (Doc. 33, Oct. 6, 2005).

It is further **ORDERED** that *Defendant Janssen Pharmaceutica, Inc.'s Motion to Strike Plaintiff's Motion for Interrogatories*, filed October 10, 2005 (Doc. 35) is **GRANTED** for the good cause recited therein. Submitted for determination are motions to dismiss filed by Defendant Janssen (Doc. 14) and by Defendant United States (Doc. 26). Absent a jointly filed request to stay determination for any good cause, and absent the parties' stipulation of dismissal indicating their settlement of this action, the court shall proceed with its deliberations of these pending motions.

Done this 11th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE