IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLIE CALDWELL , Pro Se
    Plaintiff

VS                                  CASE NUMBER

                                      2:05-CV-0611-F

VETERANS ADMINISTRATION HOSPITAL

DR. WILLIAM L. HOLMAN

JANSSEN PHARACEUTICAL INC..
    Defendants

## MOTION TO DISMISS

PLAINTIFF MOVES THE COURT TO ASK JUDGE DELORES R. BOYD ,, TO STEPT ASIDE AND DISTANCE HERSELF FROM THIS CASE...JUDGE BOYD HAS EXERCISE BISE AND STRUCK CRIMINAL MAINTENANCE... BY

(1). JUDGE BOYD EXCEPTED A MOTION FROM JASSEN WITHOUT A CERTIFI-CATE OF SERVICE.. (A). PRUSUANT TO RULE 29.5 OF SUPREME COURT OF THE UNITED STATES.. PROOF OF SERVICE SHALL CONTAIN OR BE ACCOMPANI-ED BY, A STATEMENT THAT ALL PARTIES REQUIRED TO BE SERVED..

(2). JUDGE BOYD RULED AND GRANTED JASSEN MOTION ,, WITH OUT THE PLAINTIFF KNOWLEDGE.. (A) PRUSUANT TO RULE 59.G OF THE STATE AND FEDERAL RULES OF COURT..ALL SUCH MOTIONS REMAIN PENDING UNTIL RULED UPON BY THE COURT (SUBJECT TO RULE 59.1). BUT SHALL NOT BE RULED UPON UNTIL THE PARTIES HAVE HAD OPPORTUNITY TO BE HEARD THEREON.. THE PLAINTIFF MOTION TO ADD JOINDER IS NOT FRIVOLOUS, THIS IS A JURY QUESTION,,,, (SEE ORIGINAL DOCUMENT ATTATCHED)..

WE BELIVE THAT DR. HOLMAN DID HIS PART AND FORWARD THIS TO THE APPORPIATE PEOPLE,, BUT NO ONE CONTACTED US.. THEREFORE WE HOLD REGION 9 AND DIRECTOR MARY L. BARRETT ACCOUNTABLE FOR NOT LOOKING INTO THIS MATTER THEN...

                                                           Respectfully Submitted

—334-657-8859—

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION REGUARDING NEW COURIER
13 AND ELECTRONIC NOTIFICATION

I CHARLIE CALDWELLHEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,,NOR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SENDING, RECIVING.....

RESPECTFULLY SUBMITTED

*[signature]*

CHARLIE CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION OF SCRVICE

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 p ennsyvania Ave.
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 SOUTH 19th.Srreet
Birmingham, Ala. 35233

Dr. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th Street
Birmingham, Ala. 35233

RUSSELL C. BUFFKIN
ATTORNEY AT LAW
P.O.Box 2767
Mobile, Ala. 36652

SECRETARY OF VETERANS
AFFAIRS
HON. JAMES NICHOLSON
810 Vermont Ave. N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
ONE COURT SQUARE
P.O. Box 197
Montgomery, Ala. 36101

JANSSEN PHARACEUTICAL INC.
1125 Triton Harbor Road
Titusville, N.J. 08560

REGION 9
V.A. REGIONAL OFFICE
345 Perry Hill Road
Montgomery, Ala. 36109-4551

I HEREBY CERTIFY THAT I HAVE ON THIS DAY 25 Oct. 05 I SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID....

MARY E. BARRETT
1500 E. Woodrow Wilson Blvd.
Jackson, MS. 39216

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859