(205)855-4731

**FT. MITCHELL NATIONAL CEMETERY**
HIGHWAY 165 FT MITCHELL, AL 36875

N
W — E
S

COMMITTAL SHELTER A

COMMITTAL SHELTER B

2

14

12

FORT MITCHELL CIRCLE

FLAG POLE

ALABAMA HWY 165

JAMES CANTEY BLVD

MAIN ENTRANCE

ADMIN BLDG. [YOU ARE HERE]

MA 10

SERVICE/MAINT AREA

SERVICE DRIVE

Section 14  Site 201

**CALDWELL, FRED LEE**

Charlie Caldwell
P.O. Box 9288
Montgomery, AL.
                    36108

Through
  To The Director of
Veterans Affairs
in Washington, D.C.

    Sir!
    I Would Like To begin by saying That
I am The Brother ~~of The Decease~~ of Fred L.
Caldwell. My Brother was Admitte To The
~~Birmingham~~ VA Hospital ~~in Alabama~~. Where he Expired.
~~Because 03~~. I Revived A copy of the Actual
Altphosy Report And I am Merry Displeased
With This ~~findings~~ Report I Employ you To
please Look into This. Please

              Thank you



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
700 South 19th Street
Birmingham AL 35233

In Reply Refer To:

•

October 24, 2003

Mr. Charlie L. Caldwell
PO Box 9288
Montgomery AL 36108

Dear Mr. Caldwell,

I received your letter today together with the copy of the autopsy that was performed on brother Freddie. I am sorry that the autopsy upset you. The report contains lots of information that is hard to understand if you are not a doctor.

The autopsy describes all of the problems that your brother developed following his valve replacement. I never did fully understand why he developed all these problems, but I think it was related to his hardening of the arteries. I tried very hard to save him, but you can see that the odds were really against us.

I have forwarded your letter to the Chief Administrators at the Birmingham VA Medical Center. I will ask them to look into this further and forward your note to the appropriate people within the VA hospital system.

Again, my sincere condolences on the passing of your brother. He was a very nice man and I am sorry that he did not survive.

Sincerely,

William L. Holman, M.D.