N THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-0611-F |
| | ) | [WO] |
| VETERANS ADMINISTRATION | ) | |
| HOSPITAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

In a *Motion to Dismiss* filed October 24, 2005 (Doc 37-1), along with a supporting document which is incomprehensible sufficiently to raise a serious question about the plaintiff's mental competence (Doc. 37-2), this *pro se* plaintiff seeks this court's recusal for alleged "bise" [sic] arising from or relating to the court's acceptance of a motion purportedly not served upon the plaintiff.   Upon consideration, the court finds no good cause for the motion, and accordingly, it is **ORDERED** that the *Motion, properly construed as a Motion for Recusal,* is **DENIED.**

Done this 25th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE