IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLIE CALDWELL, Pro Se
    Plaintiff

VS

VETERANS ADMINISTRATION HOSPITAL

DR. WILLIAM L. HOLMAN

JANSSEN PHARACEUTICAL INC.
    Defendants

CASE NUMBER
2:05-CV-0611-F

RECEIVED
2005 NOV -7 A 11:49

## MOTION TO SEPARATE DEFENDANT

PLAINTIFF MOTION THE COURT ,, PURSUANT TO RULE 42(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE... THE COURT MAY ORDER A SEPARATE TRIAL for ANY CLAIM, CROSS-CLAIM, COUNTERCLAIM OR THIED-party CALIM, OR TO AVOID PREJUDICE,...

PLAINTIFF COMPELLS THE COURT TO SEPARATE JANSSEN PHARACEUTICAL INC.,,,FROM VETERANS ADMINISTRATION HOSPITAL AND DR. WILLIAMS L. HOLMAN... WE RESPECTFULLY REQUEST THAT OUR CASE AGINST JASSEN PHARACEUTICAL INC.,,, BE ELEVATED TO A CLASS ACTION CASE....

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala.  36108

(334) 657-8859



CALDWELL, FRED LEE

This is All Wrong! This Did Not have To be

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION OF SCRVICE

| | |
|---|---|
| U.S. ATTORNEY GENERAL<br>HON. ALBERTO GONZALES<br>950 p ennsyvania Ave.<br>NorthWest<br>Washington, D.C. 20530 | SECRETARY OF VETERANS<br>AFFAIRS<br>HON. JAMES NICHOLSON<br>810 Vermont Ave. N.W.<br>Washington, D.C. 20420 |
| DEPARTMENT OF VETERANS<br>AFFAIRS MEDICAL CENTER<br>700 SOUTH 19th.Srreet<br>Birmingham, Ala. 35233 | U.S. ATTORNEY<br>LEURA CANARY<br>ONE COURT SQUARE<br>P.O. Box 197<br>Montgomery, Ala. 36101 |
| Dr. WILLIAM L. HOLMAN<br>V.A. MEDICAL CENTER<br>700 South 19th Street<br>Birmingham, Ala. 35233 | JANSSEN PHARACEUTICAL INC.<br>1125 Triton Harbor Road<br>Titusville, N.J. 08560 |
| RUSSELL C. BUFFKIN<br>ATTORNEY AT LAW<br>P.O.Box 2767<br>Mobile, Ala. 36652 | REGION 9<br>V.A. REGIONAL OFFICE<br>345 Perry Hill Road<br>Montgomery, Ala. 36109-4551 |

I HEREBY CERTIFY THAT I HAVE ON THIS DAY _09 Nov, 05_ I SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID....

MARY E. BARRETT
1500 E. Woodrow Wilson Blvd.
Jackson, MS. 39216

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

## CERTIFICATION REGUARDING NEW COURIER 13 AND ELECTRONIC NOTIFICATION

I CHARLIE CALDWELL HEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,, NOR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SENDING, RECIVING.....

RESPECTFULLY SUBMITTED

*[signature]*

CHARLIE CALDWELL