IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05-CV-0611-F |
| ) | [WO] |
| VETERANS ADMINISTRATION ) | |
| HOSPITAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

For good cause, it is hereby **ORDERED** that Plaintiff's *Motion to Separate Defendant* (Doc. 39, filed Nov. 7, 2005) is **DENIED**. Specifically, the motion patently lacks any merit to the extent that it can be understood to state any basis for the remedy requested..

Done this 10th day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE