IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLIE CALDWELL Pro se
    Plaintiff

VS

VETERANS ADMINISTRATION HOSPITAL

DR. WILLIAM L. HOLMAN

JASSEN PHARACEUTICAL INC.
    DEFENDANTS

CASE NUMBER

2:05-CV-0611-F

RECEIVED 2005 DEC 14 P 12:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR INVESTGATION

    I AM A UNITED STATES OF AMERICAN DISABLE VETERAN. I HAVE SERVED THIS COUNTRY AND ITS CONSTITUTION, FROM THE JUNGLES OF SOUTH EAST ASIA, TO THE DESERTS OF THE PERSION GULF.. WHEN MY COUNTRY CALLED UPON ME TO SERVE, I DID SO,, AND NEVER ONCE DID I DISHONOR MY COUNTRY OR THE CONSTITUTION.... I DID NOT RUN TO CANADA OR ANY OTHER BORDER OR ASK FOR A DEFUREMENT OF ANY KIND...

    I TOOK AN OATH, TO DEFEND THIS NATION AGAINST ALL ENEMIES FOREIGN AND DOMESTIC...AS A CITIZEN OF THIS NATION !! I DEMAND THE RIGHT TO BE TREATED AS SUCH,,WHICH IS GRANTEED ME BY ITS CONSTITUTION... I DEMAND AN INVESTIGATION OF (a) JASSEN PHARMACEUTICAL INC. AS HOW AND WHO ,, THEY WAS ABLE TO SLIP A DANGEROUS DRUG SUCH AS RABEPRAZOLE, INTO THE VETERANS ADMINISTRATION HOSPITAL MEDICINES.. (b) HOW CAN THE V.A. HOSPITAL ALLOW DRUGS TO BE USED ON VETERANS THAT HAS NOT BEEN APROVED BY THE FOOD AND DRUG ADMINISTRATION.. (c) HOW CAN DR. HOLMAN CONFLICTING ALLEGATION AS TO MY BROTHER DEATH NOT BE INVESTIGATED..(d) WHO IS REGION NINE <u>(9)</u> , AND HOW DO THEY HELP VETERANS??

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

(e) I DEMAND THAT JUDGE BOYD BE REMOVED FROM THIS CASE DO TO HER BEING BISE AND IMPROPER CONDUCT..

JUDGE BOYD VIOLATED MY CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW..

I WANTS NOTHING MORE OR LESS THAN THAT WHICH IS GRANTEED TO ANY CITIZEN OF THIS NATION....

I DEMAND A COMPLETE INVESTIGATION OF JASSEN PHARACEUTICAL INC. DR. WILLAM L. HOLMAN,,VETERANS ADMINISTRATION HOSPITAL,,IN BIRMINGHAM, ALABAMA... REGION 9,, AND UNITED STATES DISTRICT JUDGE DELORES R. BOYD..

RESPECTFULLY SUBMITTED

*[signature]*
CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108
Pho. 334-657-8859

*Homegoing Celebration*

*For the late*

Mr. Freddie Caldwell



Sunrise
01/08/50

Sunset
06/30/03

Tuesday, July 08, 2003
10:00 a.m.

College Street Church of Christ
Bro. Bisnoo Rampersad, Minister
Bro. James Glass, Officiating

*Final Professional Arrangements Entrusted To*
Hudson Funeral Home
620 W. Commerce St
Greenville, Alabama 36037
1-888-416-9990



**PALLBEARERS**
*Friends of the Family*

**FLOWER BEARERS**
*Friends of the Family*

**ACKNOWLEDGEMENT**

*The family of Freddie Lee Caldwell wishes to express their heartfelt gratitude for all the kindness and thoughtfulness shown to them during this time. We ask that you continue to remember us in your prayers*

**I'M FREE**

*Don't grieve for me, for now I'm free,*
*I'm following the path God made for me;*
*I took his hand when I heard him call*
*I turned my back and left it all.*

*I could not stay another day*
*To laugh, to love, to work or play;*
*Tasks left undone must stay that way.*
*I found that place at the close of day.*

*If my parting has left a void,*
*Then fill it with remembering joy;*
*A friendship shared, a laugh, a kiss;*
*Ah, yes, these things I too will miss.*

*Be not burdened with times of sorrow;*
*I wish you the sunshine of tomorrow.*
*My life's been full, I've savored much,*
*Good friends, good times, a loved*
*One's touch.*

*Perhaps my time seemed all too brief,*
*Don't lengthen it now with undue grief.*
*Lift up your heart and share with me.*
*God wanted me now- He set me free.*

*We appreciate*
*Your trust in us,*
*And sincerely hope*
*That our service*
*Has been*
*Deserving of your*
*Confidence*

*If we have helped*
*To lighten your*
*Burden, our aim*
*Has been*
*accomplished*

*Hudson Funeral Directors*
*Eugene R. Hudson & Staff*

## Order of Service

Prelude
Processional
Congregational Song
Scripture Reading
 Old Testament
 New Testament
Prayer
Congregational Song
Remarks
 (Limited to 2 Minutes)
Acknowledgement/Obituary
Congregational Song
Eulogy
 Bro. James Glass
Recessional

*Driver's please turn your headlights on for safety.*

## Interment

Because Fred always believed in the Marine Corp slogan "Semper Fidelis" (Always Faithful), he wished to be laid to rest among his fellow military comrades at Ft. Mitchell National Cemetery in Ft. Mitchell, Al.

## TRIBUTE

Rest, Rest, Rest in peace. You spent so much of your time and energy helping others. You never asked but always gave. When others needed you, all they had to do was ask. You cared for and nourished the needs of so many with an unselfish and unyielding devotion even though your own body was saying, "Fred, I need rest." There are so many who will remember you as a good and faithful friend, a loving and caring neighbor, and a true businessman with a heart. But God knew your heart and your precious deeds. He looked down and said, Fred. It's time for you to rest. It's time that your good deeds be rewarded. Come home to me and Rest, Rest, Rest in Peace.

~The Family

## Obituary

Freddie Lee Caldwell, age 53 of Montgomery, Ala was owner of Co-Op Transportation and Metro South Transportation Co. Inc. His tour buses ran throughout central and south Alabama. He was preceded in death by his Mother and Father the late Henry Caldwell, II and S. E. Peagler Caldwell. He accepted Christ at an early age and was added to the Oglesby St. Church of Christ in Greenville, Al. He Graduated from Southside High, formerly Greenville Training School in May of 1968 and received a Bachelor of Science degree in Criminal Justice in June of 1975 from Alabama State University.

He went on to complete a Master of Education degree in Sociology from Alabama State University on May 30th 1976. Fred (as he's known) was drafted into the Marine Corp on 4 Jun 1969 during the Vietnam Era and served one (1) year in Hawaii receiving an honorable discharge on May 6, 1971. He later joined the Army Reserve where he served for several years achieving the rank of Specialist 5th Class (SP5). After receiving his Master's degree he worked with the Bureau of Prisons in Montgomery, Al before moving to Atlanta Georgia. He did some teaching there before moving to Houston, TX. Where he worked as a Deputy Sheriff and later as Taxi Cab Driver.

He later purchased his own taxicab and started his own Taxi Cab Service, Self Insurance Business and Tour Bus Company, becoming incorporated in 1993. Fred was a devoted father, brother, uncle, nephew, cousin and friend and will be missed by all who came in contact with him.

Fred parted this life on Monday June 30th at the VA Regional Medical Center in Birmingham, Al. He leaves to mourn a daughter Raven Vilo, (Patterson, Louisiana), one sister and brother-in-law Gaye F. Caldwell-Kent and Willie E. Kent, (Indianapolis, IN), four brothers, Ezell J. Caldwell, (Inkster, Mi), Charlie Caldwell, (Montgomery, Al), Henry Caldwell III, (Andalusia, Al), Donald Caldwell, (Greenville, Al), a very loving and caring niece Taveta (Everett) DeBrow, (Opelika, Al), a devoted Aunt and cousins Sarah Womack, (Pittsburgh, Pa.), Dimple Mae Caldwell, Atlanta, GA, Dean Earl Caldwell, (Greenville, Al) and Lovie J. Peagler, (Greenville, Al) . and a host of other Aunts, Uncles, Nieces and Nephews and relatives.

**FT. MITCHELL NATIONAL CEMETERY** (205)855-4731
HIGHWAY 165 FT MITCHELL, AL 36875

Map of Ft. Mitchell National Cemetery showing Main Entrance from Alabama Hwy 165, James Cantey Blvd, Admin Bldg [You Are Here], Service/Maint Area, Service Drive, Fort Mitchell Circle, Flag Pole, Committal Shelter A, Committal Shelter B, and sections 2, 10, 12, 14, and MA.

Section 14 Site 201

CALDWELL, FRED LEE

# Greenville Advocate ONLINE

Serving the Camellia City since 1865

[Print Page]

**Saturday, December 3, 2005**
*Last modified Wednesday, July 9, 2003 1:00 AM CDT*

Recent Obituaries

John D. (Jack) Keeney

Services were held Monday, July 7, 2003 for John D. (Jack) Keeney, 70, a resident of Greenville who passed away Saturday, July 5.

Lester Evan Reaves

Services were held Friday, July 4, 2003 for Lester Evan Reaves, 25, a resident of Greenville who passed away Wednesday, July 2.

Freddie Lee Caldwell

Services were held Tuesday, July 8, 2003 for Freddie Lee Caldwell, a resident of Montgomery and formerly of Greenville who passed away Monday, June 30, in the VA Regional Medical Center in Birmingham.

Ella Mae Files

Services were held Saturday, July 5, 2003 for Ella Mae Files at 2 p.m. from the Butler Chapel A.M.E. Zion Church with Rev. William F. Scott officiating.

Mary Katherine Norris Cole

Services were held Tuesday, July 8, 2003 for Mary Katherine Norris Cole, 74, a resident of Headland who passed away Saturday, July 5, at her home after an extended illness.

*[handwritten note:] You can find this one in the library for the day specified.*

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION REGUARDING NEW COURIER 13 AND ELECTRONIC NOTIFICATION

I CHARLIE CALDWELL HEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,,NOR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SENDING, RECIVING.....

RESPECTFULLY SUBMITTED

*[signature]*
CHARLIE CALDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION OF SCRVICE

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 p ennsyvania Ave.
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 SOUTH 19th.Srreet
Birmingham, Ala. 35233

Dr. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th Street
Birmingham, Ala. 35233

RUSSELL C. BUFFKIN
ATTORNEY AT LAW
P.O.Box 2767
Mobile, Ala. 36652

SECRETARY OF VETERANS
AFFAIRS
HON. JAMES NICHOLSON
810 Vermont Ave. N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
ONE COURT SQUARE
P.O. Box 197
Montgomery, Ala. 36101

JANSSEN PHARACEUTICAL INC.
1125 Triton Harbor Road
Titusville, N.J. 08560

REGION 9
V.A. REGIONAL OFFICE
345 Perry Hill Road
Montgomery, Ala. 36109-4551

I HEREBY CERTIFY THAT I HAVE ON THIS DAY 19 Dec. 05 SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID....

MARY E. BARRETT
1500 E. Woodrow Wilson Blvd.
Jackson, MS. 39216

CIVIL RIGHTS DIVISON
UNITED STATES DEPARTMENT
OF JUSTICE
CRIMINAL SECTION
950 Pennsyvania Ave. N.W.
Washington, D.C. 20530

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859