IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05-CV-0611-MEF-DRB |
| ) | [WO] |
| VETERANS ADMINISTRATION ) | |
| HOSPITAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Complaining that he has suffered unfairly as a disabled veteran, Plaintiff filed on December 14, 2005, a *Motion for Investigation* (Doc. 41), demanding "a complete investigation" of the named defendants and of the undersigned judge, and also "demand [ing] that Judge Boyd be removed from this case do *[sic]* to her being bise *[sic]* and improper conduct." Without explanation, Plaintiff attaches to his motion the July 8, 2003 funeral program for Freddie Caldwell, apparently his brother.

Upon consideration, it is clear to this court that the Plaintiff states no factual or legal basis for the *Motion*. To the extent his demand for the undersigned's removal should be construed as a motion for recusal, it is supported only by the plaintiff's disappointment that this court has not rendered rulings which favor, or otherwise satisfy, him. No basis in fact exists for recusal pursuant to 28 U.S.C. 455(a) and (b)(1), this court has no personal bias against the plaintiff, and its adverse rulings cannot be the product of "improper conduct" as each is undergirded by the evidentiary record presented and/or a proper application of the

governing law.  Accordingly, it is

**ORDERED that Plaintiff's** *Motion for Investigation*  **(Doc. 41) is DENIED.**


Done this 9TH day of January, 2006.

<u>**/s/ Delores R. Boyd**</u>
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE