IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CHARLIE CALDWELL Pro Se
    PLAINTIFF

VS

VETERANS ADMINSTRATION HOSPITAL

DR. WILLIAM L. HOLMAN

JANSSEN PHARMACEUTICAL INC.
    DEFENDANTS

RECEIVED

2006 JAN 26  P 12: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER

2;05-CV-0611-MEF

MOTION OBJECTION TO RECOMMENDATION OF THE

MAGISTRATE JUDGE AND MOTION FOR EXTENSION OF

TIME TO AMEND,, CORRECT MISTAKES, AND ERRORS

    PLAINTIFF MOTION THE COURT PURSUANT TO THE FEDERAL RULES OF CIVIL COURT PROCEDURE.. PLAINTIFF OBJECTS TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE,, AND MOTION FOR AN EXTENSION OF TIME TO AMEND, CORRECT MISTAKES, AND ERRORS.. PLAINTIFF IS FILING Pro Se AND HIS EMPLOYMENT REQUIRES SEVEN DAYS A WEEK...

    PURSUANT TO RULES 15(a) DECLARES THAT LEAVE TO AMEND, SHALL BE FREELY GIVEN WHEN JUSTICE SO REQUIRES; THIS MANDATE IS TO BE HEEDED.. THE LEAVE SOUGHT SHOULD, AS THE RULES REQUIRE, BE FREELY GIVEN, THE GRANT OR DENIAL OF AN OPPORTUNITY TO AMEND IS WITHIN THE DISCRETION OF THE DISTRICT COURT, BUT OUTRIGHT REFUSAL TO GRANT THE LEAVE WITHOUT ANY JUSTIFYING REASON APPEARING FOR THE DENIAL IS NOT AN EXERCISE OF DISCRETION,, IT IS MERELY ABUSE OF THAT DISCRETION AND INCONSISTENT WITH THE SPIRIT OF THE FEDERAL RULES...

*[signature]*
CHARLIE CALDWELL

SEE,; ZENITH RADIO CORP. v HAZELTINE RESEARCH,INC.(1971) 401 US 321, 91S Ct 795, 28 L ed2d 77  (PREJUDICE MUST BE TAKEN INTO ACCOUNT BY THE TRIAL COURT).. FOR A REASONABLE (Pro Se) EXTENSION OF TIME TO AMEND INTERROGATORIES AND DISCOVERIES...

PLAINTIFF WILL CORRECT ALL MISTAKES, AND ERRORS NAMEING PROPER TITLE DEFENDANTS, POWER OF ATTORNEY, RELIEF SOUGHT, JURISDICTION, FACTUAL ISSUES CONSISTENT WITH THE FEDERAL RULES OF CIVIL COURT PROCEDURE TO SUSTAIN JUSTICE TO ALL PARTIES...

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P. O. Box 9288
Montgomery, AL. 36108
334-657-8859

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CERTIFICATION OF SCRVICE
---

U.S. ATTORNEY GENERAL
HON. ALBERTO GONZALES
950 p ennsyvania Ave.
NorthWest
Washington, D.C. 20530

DEPARTMENT OF VETERANS
AFFAIRS MEDICAL CENTER
700 SOUTH 19th.Srreet
Birmingham, Ala. 35233

Dr. WILLIAM L. HOLMAN
V.A. MEDICAL CENTER
700 South 19th Street
Birmingham, Ala. 35233

RUSSELL C. BUFFKIN
ATTORNEY AT LAW
P.O.Box 2767
Mobile, Ala. 36652

SECRETARY OF VETERANS
AFFAIRS
HON. JAMES NICHOLSON
810 Vermont Ave. N.W.
Washington, D.C. 20420

U.S. ATTORNEY
LEURA CANARY
ONE COURT SQUARE
P.O. Box 197
Montgomery, Ala. 36101

JANSSEN PHARACEUTICAL INC.
1125 Triton Harbor Road
Titusville, N.J. 08560

REGION 9
V.A. REGIONAL OFFICE
345 Perry Hill Road
Montgomery, Ala. 36109-4551

I HEREBY CERTIFY THAT I HAVE ON THIS DAY _27 Jan 06_ SERVE A COPY OF THE FOREGOING PLEADING ON THE DEFENDANTS BY MAILING THE SAME BY UNITED STATES MAIL. PROPERLY ADDRESSED AND FRIST CLASS POSTAGE PREPAID....

MARY E. BARRETT
1500 E. Woodrow Wilson Blvd.
Jackson, MS. 39216

RESPECTFULLY SUBMITTED

CHARLIE CALDWELL
P.O. Box 9288
Montgomery, Ala. 36108

(334)-657-8859

CIVIL RIGHTS DIVISON
UNITED STATES DEPARTMENT
OF JUSTICE
CRIMINAL SECTION
950 Pennsyvania Ave. N.W.
Washington, D.C. 20530