THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

This is a true and exact copy of the record on file with
The Jefferson County Department of Health

*Signature of Local or Deputy Registrar*  —  July 15, 2003 — Date of Issue

# ALABAMA CERTIFICATE OF DEATH

TYPE IN PERMANENT BLACK INK. DO NOT USE GREEN, RED, OR BLUE INK.

County File Number: AKA Fred Caldwell  
State File Number: 101

| Field | Entry |
|---|---|
| 1. DECEASED—NAME (First, Middle, Last) | Freddie Lee CALDWELL |
| 2. DATE OF DEATH | June 30, 2003 |
| 3. COUNTY OF DEATH | Jefferson |
| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | Birmingham 35212 |
| 5. INSIDE CITY LIMITS | Yes |
| 6. PLACE OF DEATH | Veterans Hospital |
| 7. IF HOSPITAL | Inpatient |
| 8. OF HISPANIC ORIGIN | No |
| 9. RACE | Black |
| 10. SEX | Male |
| 11. AGE | 53 yrs |
| 13. DATE OF BIRTH | January 9, 1950 |
| 14. DECEASED'S SOCIAL SECURITY NUMBER | 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 |
| 15. EDUCATION | Elementary/High 12; College 5 |
| 16. MARITAL STATUS | Never Married |
| 18. Was Decedent ever in Armed Forces | Yes |
| 19. STATE OF BIRTH | Alabama |
| 20. RESIDENCE—STATE | Alabama |
| 21. COUNTY | Montgomery |
| 22. CITY, TOWN, OR LOCATION AND ZIP CODE | Montgomery 36105 |
| 23. INSIDE CITY LIMITS | Yes |
| 24. STREET AND NUMBER | 212 W. South Blvd |
| 25. INFORMANT—Name and Address | Gaye Caldwell-Kent, 5402 40th St. Indianapolis, IN 46226 |
| 26. USUAL OCCUPATION | Self-Employed |
| 27. KIND OF BUSINESS OR INDUSTRY | Transportation |
| 28. FATHER—NAME | Henry Caldwell |
| 29. MAIDEN NAME OF MOTHER | S. E. Peagler |
| 30. DISPOSITION OF BODY | Burial |
| 31. DATE OF DISPOSITION | July 8, 2003 |
| 32. CEMETERY OR CREMATORY | Fort Mitchell |
| 33. LOCATION | Fort Mitchell, Al |
| 34. FUNERAL HOME | Hudson Funeral Home, 620 W. Commerce St. Greenville, Al. |
| 35. FUNERAL DIRECTOR—Signature | Earlene Milner |
| 36. DATE SIGNED BY FUNERAL DIRECTOR | July 7, 2003 |
| 37. Certifying Physician—Signature | Charles J. Cox MD |
| 38. DATE SIGNED | June 30, 2003 |
| 39. TIME AND DATE OF DEATH | 1148 June 30, 2003 |
| 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH | Charles J. Cox MD |
| 42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | VAMC 700 S 19th St, Birmingham AL |
| 43. CERTIFIER LICENSE NUMBER | Intern |
| 44. REGISTRAR—Signature | Sherry L Myers |
| 45. DATE FILED | July 14, 2003 |

## MEDICAL CERTIFICATION

46. PART I. Enter the diseases, injuries, or complications that caused the death.

a. IMMEDIATE CAUSE: CARDIAC ARRHYTHMIA  
DUE TO (OR AS A CONSEQUENCE OF):  
b. MVH3 system organ failure  
DUE TO (OR AS A CONSEQUENCE OF):  
c. Dead Colon  
DUE TO (OR AS A CONSEQUENCE OF):  
d. CABG/AVR/MVR

47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

49. MANNER OF DEATH: Natural Cause  
50. AUTOPSY: Yes

This is a legal record and must be filed within five (5) days after death.

ADPH-HS 2/Rev 11-93

IN THE MATTER OF THE ESTATE OF PROBATE COURT
_____Fred L. Caldwell_____

**Deceased**

OF BUTLER COUNTY,
GREENVILLE, ALABAMA

CASE NO. 03-3312

## LETTERS OF ADMINISTRATION

BE IT REMEMBERED AND MADE KNOWN TO ALL WHOM IT MAY CONCERN:

Letters of Administration on the above-named decease are hereby granted to __Charlie Caldwell__ who has duly qualified and given bond in the amount of $ __30,000__ and is authorized to administer such Estate Subject to the priorities stated in $43-8-76, Code of Alabama (1975, as amended), the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under $43-2-843, Code of Alabama (1975, as amended).

Witness my hand this date, __14th day of August 2003__

_____
Judge of Probate

---

I, __Steve Norman__, Judge of the Court of Probate of Butler County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the Letters of Administration issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

Witness my hand and seal of said Court this date, __14th day of August, 2003__

_____
Judge of Probate

*Homegoing Celebration*

*For the late*

Mr. Freddie Caldwell





Sunrise  Sunset
01/08/50  06/30/03

Tuesday, July 08, 2003
10:00 a.m.

College Street Church of Christ
Bro. Bisnoo Rampersad, Minister
Bro. James Glass, Officiating

Final Professional Arrangements Entrusted To
Hudson Funeral Home
620 W. Commerce St
Greenville, Alabama 36037
1-888-416-9990

**PALLBEARERS**
*Friends of the Family*

**FLOWER BEARERS**
*Friends of the Family*

**ACKNOWLEDGEMENT**

The family of Freddie Lee Caldwell wishes to express their heartfelt gratitude for all the kindness and thoughtfulness shown to them during this time. We ask that you continue to remember us in your prayers

**I'M FREE**

Don't grieve for me, for now I'm free,
I'm following the path God made for me;
I took his hand when I heard him call
I turned my back and left it all.

I could not stay another day
To laugh, to love, to work or play;
Tasks left undone must stay that way.
I found that place at the close of day.

If my parting has left a void,
Then fill it with remembering joy.
A friendship shared, a laugh, a kiss;
Ah, yes, these things I too will miss.

Be not burdened with times of sorrow;
I wish you the sunshine of tomorrow.
My life's been full, I've savored much,
Good friends, good times, a loved
One's touch.

Perhaps my time seemed all too brief,
Don't lengthen it now with undue grief.
Lift up your heart and share with me.
God wanted me now- He set me free.

If we have helped
To lighten your
Burden, our aim
Has been
accomplished

*Hudson Funeral Directors*
*Eugene R. Hudson & Staff*

We appreciate
Your trust in us,
And sincerely hope
That our service
Has been
Deserving of your
Confidence

## Order of Service

Prelude
Processional
Congregational Song
Scripture Reading
  Old Testament
  New Testament
Prayer
Congregational Song
Remarks
  (Limited to 2 Minutes)
Acknowledgement/Obituary
Congregational Song
Eulogy
  Bro. James Glass
Recessional

*Driver's please turn your headlights on for safety.*

### Interment

Because Fred always believed in the Marine Corp slogan "Semper Fidelis" (Always Faithful), he wished to be laid to rest among his fellow military comrades at Ft. Mitchell National Cemetery in Ft. Mitchell, Al.

## TRIBUTE

Rest, Rest, Rest in peace. You spent so much of your time and energy helping others. You never asked but always gave. When others needed you, all they had to do was ask. You cared for and nourished the needs of so many with an unselfish and unyielding devotion even though your own body was saying, "Fred, I need rest." There are so many who will remember you as a good and faithful friend, a loving and caring neighbor, and a true businessman with a heart. But God knew your heart and your precious deeds. He looked down and said, Fred. It's time for you to rest. It's time that your good deeds be rewarded. Come home to me and Rest, Rest, Rest in Peace.

~The Family

## Obituary

Freddie Lee Caldwell, age 53 of Montgomery, Ala was owner of Co-Op Transportation and Metro South Transportation Co. Inc. His tour buses ran throughout central and south Alabama. He was preceded in death by his Mother and Father the late Henry Caldwell, II and S. E. Peagler Caldwell. He accepted Christ at an early age and was added to the Oglesby St. Church of Christ in Greenville, Al. He Graduated from Southside High, formerly Greenville Training School in May of 1968 and received a Bachelor of Science degree in Criminal Justice in June of 1975 from Alabama State University.

He went on to complete a Master of Education degree in Sociology from Alabama State University on May 30th 1976. Fred (as he's known) was drafted into the Marine Corp on 4 Jun 1969 during the Vietnam Era and served one (1) year in Hawaii receiving an honorable discharge on May 6, 1971. He later joined the Army Reserve where he served for several years achieving the rank of Specialist 5th Class (SP5). After receiving his Master's degree he worked with the Bureau of Prisons in Montgomery, Al before moving to Atlanta Georgia. He did some teaching there before moving to Houston, TX. Where he worked as a Deputy Sheriff and later as Taxi Cab Driver. He later purchased his own taxicab and started his own Taxi Cab Service, Self Insurance Business and Tour Bus Company, becoming incorporated in 1993. Fred was a devoted father, brother, uncle, nephew, cousin and friend and will be missed by all who came in contact with him.

Fred parted this life on Monday June 30th at the VA Regional Medical Center in Birmingham, Al. He leaves to mourn a daughter Raven Vilo, (Patterson, Louisiana), one sister and brother-in-law Gaye F. Caldwell-Kent and Willie E. Kent, (Indianapolis, IN), four brothers, Ezell J. Caldwell, (Inkster, Mi), Charlie Caldwell, (Montgomery, Al), Henry Caldwell III, (Andalusia, Al), Donald Caldwell, (Greenville, Al), a very loving and caring niece Taveta (Everett) DeBrow, (Opelika, Al), a devoted Aunt and cousins Sarah Womack, (Pittsburgh, Pa.), Dimple Mae Caldwell, Atlanta, GA, Dean Earl Caldwell, (Greenville, Al) and Lovie J. Peagler, (Greenville, Al) . and a host of other Aunts, Uncles, Nieces and Nephews and relatives.

**FT. MITCHELL NATIONAL CEMETERY**
HIGHWAY 165 FT MITCHELL, AL 36875
(205)855-4731

Map of Ft. Mitchell National Cemetery showing Main Entrance from Alabama Hwy 165, James Cantey Blvd, Admin Bldg. (You Are Here), Service/Maint Area, Service Drive, Fort Mitchell Circle, Flag Pole, Committal Shelter A, Committal Shelter B, and sections 2, 10, 12, and 14.

CALDWELL, FRED LEE                                    Section 14  Site 201

# Greenville Advocate ONLINE

Serving the Camellia City since 1865

**Saturday, December 3, 2005**
*Last modified Wednesday, July 9, 2003 1:00 AM CDT*

Recent Obituaries

John D. (Jack) Keeney

Services were held Monday, July 7, 2003 for John D. (Jack) Keeney, 70, a resident of Greenville who passed away Saturday, July 5.

Lester Evan Reaves

Services were held Friday, July 4, 2003 for Lester Evan Reaves, 25, a resident of Greenville who passed away Wednesday, July 2.

Freddie Lee Caldwell

Services were held Tuesday, July 8, 2003 for Freddie Lee Caldwell, a resident of Montgomery and formerly of Greenville who passed away Monday, June 30, in the VA Regional Medical Center in Birmingham.

Ella Mae Files

Services were held Saturday, July 5, 2003 for Ella Mae Files at 2 p.m. from the Butler Chapel A.M.E. Zion Church with Rev. William F. Scott officiating.

Mary Katherine Norris Cole

Services were held Tuesday, July 8, 2003 for Mary Katherine Norris Cole, 74, a resident of Headland who passed away Saturday, July 5, at her home after an extended illness.

*[Handwritten note: You can find this one in the library for the day specified.]*

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

## CERTIFICATION REGUARDING NEW COURIER 13 AND ELECTRONIC NOTIFICATION

I CHARLIE CALDWELL HEREBY CERTIFY THAT I DO NOT HAVE ASSETT TO THE EQUIPMENT THAT IS CAPPABLE OF PRODUCTING THE COURIER NEW 13 LETTERING,,NOR THE EQUIPMENT USED FOR ELECTRONIC FILEING, SENDING, RECIVING.....

RESPECTFULLY SUBMITTED

*[signature]*

CHARLIE CALDWELL