IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-611-MEF |
| | ) | (WO - Not Recommended for Publication) |
| VETERANS ADMINISTRATION | ) | |
| HOSPITAL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #44) to the Recommendation of the Magistrate Judge (Doc. #43) filed on January 26, 2006 is OVERRULED.

2.  The plaintiff's "Motion for Extension of Time to Amend, Correct Mistakes and Errors" (Doc. #44) filed on January 26, 2006 is DENIED.

3.  The Recommendation of the Magistrate Judge entered on January 12, 2006 is MODIFIED to provide for dismissal without prejudice and ADOPTED in all other respects.

4.  The defendant Janssen's Motion to Dismiss and/or Motion for More Definite Statement (Doc. #14) is GRANTED to the extent of the Motion to Dismiss pursuant to Rule 12(b)(6) for failure to state a claim for which relief can be granted.

5.  The United States' Motion to Dismiss pursuant to Rule 12(b)(2) (Doc. #26) is GRANTED for lack of subject matter jurisdiction.

6.  The claims against all defendants are DISMISSED without prejudice.

7.  This action is DISMISSED without prejudice.

DONE this the 2nd day of February, 2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE